IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                       )
JAMES HARPER                           )
16000 Dusty Lane                       )
Accokeek, MD 20607                     )
                                       )
            Plaintiff,                 )
                                       )
     v.                                ) Civil Action No. 06-0161(RMC)
                                       )
JOHN E. POTTER,                        )
Postmaster General,                    )
U.S. Postal Service                    )
475 L'Enfant Plaza, S.W.               )
Washington, D.C. 20260                 )
                                       )
            Defendant.                 )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
DIANE M. SULLIVAN, D.C. BAR #12765
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205