AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 3, 2006 |
| NAME OF SERVER (PRINT) <br> Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **served a copy upon the U.S. Attorney for D.C., via certified mail with return receipt. Delivered on February 3, 2006.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/27/06
           *Date*                        *Signature of Server*

1725 I Street, NW, Suite 300; Washington, DC 20006
*Address of Server*

(1) As to who may serve

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for D.C.
   Civil Process Clerk
   555 4th Street, NW
   Washington, DC 20001-2733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-3-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0004 0649 2172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

James Harper

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter
in his official capacity as
Postmaster General

CASE NUMBER 1:06CV00161

JUDGE: Rosemary M. Collyer

DECK TYPE: Employment Discrimination

DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zachary Wolfe, Esq.
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 30 2006

CLERK                                         DATE

(By) DEPUTY CLERK