IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES HARPER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0161(RMC) |
| | ) |
| JOHN E. POTTER, | ) |
| Postmaster General, | ) |
| U.S. Postal Service | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The United States Postal Service (USPS), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to respond to the complaint up to and including April 30, 2006.

The attorney for USPS, who was assigned to this case, abruptly resigned with less than two weeks notice. All of his cases, at various stages of development and with multiple deadlines, were reassigned to the remaining two attorneys in his branch. To compound the problem, the attorney presently assigned to the case had her computer crash yesterday. Consequently, agency counsel is unable to provide a litigation report together with the files for several weeks.

Counsel contacted plaintiff's counsel who graciously consented to this request.

Wherefore, it is respectfully requested that the defendant have up to and including April 30, 2006 to respond to the complaint.

Respectfully Submitted,

*Kenneth L. Wainstein (DMS)*
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

*Rudolph Contreras (DMS)*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*Diane M. Sullivan*
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205