**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
JAMES HARPER                            )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )Civil Action No. 06-0161(RMC)
                                        )
JOHN E. POTTER,                         )
Postmaster General,                     )
U.S. Postal Service                     )
                                        )
                    Defendant.          )
_____)

**MOTION FOR AN ENLARGEMENT OF TIME**

The United States Postal Service (USPS), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a one-day enlargement of time to respond to the complaint up to and including May 2, 2006.

Counsel for the defendant prepared a draft answer. As counsel was finalizing the answer, a factual question arose that was not apparent from the record. Counsel would like to verify the information in question before filing the answer.

Counsel contacted plaintiff's counsel who was not available. Counsel left a voice-mail message.

Wherefore, it is respectfully requested that the defendant have up to and including May 2, 2006 to respond to the complaint.

Respectfully Submitted,


___/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


___/s/_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205

2