IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JAMES HARPER                       )
                                   )
            Plaintiff,             )
                                   )
    v.                             ) Civil Action No. 06-0161(RMC)
                                   )
JOHN E. POTTER,                    )
Postmaster General,                )
U.S. Postal Service                )
                                   )
            Defendant.             )
_____)

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

    The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court to reschedule the initial status conference presently set for June 15, 2006 at 10:45 a.m.

    Counsel for the defendant will be out of the office from June 12-16, 2006 on a previously scheduled commitment that cannot be rescheduled. Counsel for the defendant is available the week of June 19, 2006 at the Court's convenience.

    Counsel for the defendant contacted plaintiff's counsel who consents to this request and who is also available the week of June 19, 2006.

    Wherefore, it is respectfully requested that the Court reschedule the initial status conference.

Respectfully Submitted,


___/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


___/s/_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205