```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____
                                   )
JAMES HARPER                       )
                                   )
               Plaintiff,          )
                                   )
      v.                           ) Civil Action No. 06-0161(RMC)
                                   )
JOHN E. POTTER,                    )
Postmaster General,                )
U.S. Postal Service                )
                                   )
               Defendant.          )
_____)
```

**JOINT LCVR 16.3 REPORT**

The parties, by and through undersigned counsel and pursuant to LCvR 16.3(d) and this Court's Order of May 9, 2006, respectfully submit this joint report to the court and proposed scheduling order.

**1.   Dispositive Motions**

Defendant has filed an Answer rather than a Rule 12 Motion. The defendant intends to move for summary judgment no later than August 7, 2006. The plaintiff believes that a motion for summary judgment is inappropriate at this stage of the proceeding.

**2.   Joinder and Amendment; narrowing of issues**

The parties do not anticipate joinder of additional parties or amendment of the pleadings.

No factual or legal issues appear ripe for narrowing at this time.

**3.   Assignment to Magistrate Judge**

The parties do not believe this case should be assigned to a Magistrate Judge.

**4.   Settlement**

The plaintiff is hopeful that the case may be resolved by settlement, but that serious discussions must await initial discovery.  The defendant believes that this case will be resolved by a dispositive motion.  The defendant does not believe settlement discussions will be useful until after resolution of the dispositive motion.

**5.   ADR**

The plaintiff believes that ADR may be appropriate after the close of discovery, if not otherwise settled.  The defendant believes mediation before a Magistrate Judge may be useful in the event the dispositive motion is denied.

**6.   Resolution by summary judgment or motion to dismiss; motions deadlines**

Defendant believes that the case will be resolved by dispositive motion which it intends to file by August 7, 2006. Plaintiff does not believe the case will be suited to summary disposition of all questions.

**7.   Initial disclosures**

The parties have agreed to serve initial disclosures by June 30, 2006.

**8.   Discovery**

The parties agree that a four-month discovery period appears appropriate in this case.  The defendant believes that discovery should not begin until a resolution of the dispositive motion. Plaintiff believes that discovery should commence promptly.

The parties intend to file a protective order to protect the

privacy interests of third parties who may be affected by disclosure of documents or information during the course of this litigation.

The parties agree that no modification of the presumptive discovery limits under the Rules of this Court are necessary at this time.

**9.    Expert witnesses**

The parties agree that no modification of Rule 26(a)(2) is necessary at this time. Expert witness disclosures will be made no later than 60 days before the close of discovery, or 30 days before the close of discovery for expert testimony intended solely to contradict or rebut the expert witness testimony disclosed by the other party.

**10.    Class Actions**

This is not a class action lawsuit.

**11.    Bifurcation**

The parties agree that it that bifurcation will not be necessary in this case.

**12.    Pretrial conference date**

The parties agree that the pretrial conference should be set after the completion of discovery.

**13.    Trial date**

The parties agree that the Court should set the trial date at the pretrial conference.

|  | Respectfully submitted, |
|---|---|
| __/s/_____<br>ZACHARY WOLFE<br>DC Bar No. 463548<br>People's Law Resource Center<br>1725 I Street, NW, Suite 300<br>Washington, DC 20006<br>(202) 265-5965 | __/s/_____<br>KENNETH L. WAINSTEIN, D.C. BAR # 451058<br>United States Attorney<br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br><br>__/s/_____<br>DIANE M. SULLIVAN, D. C. BAR # 12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C. 20530<br>(202) 514-7205 |