IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
JAMES HARPER                   )
                               )
              Plaintiff,       )
                               )
     v.                        ) Civil Action No. 06-0161(RMC)
                               )
JOHN E. POTTER,                )
Postmaster General,            )
U.S. Postal Service            )
                               )
              Defendant.       )
_____)
```

### SCHEDULING ORDER

Upon consideration of the parties' Joint LCvR 16.3 Report, and the record herein, it is this _____ day of June, 2006, hereby:

ORDERED that this case shall proceed according to the following schedule:

1. The parties will exchange initial disclosures by June 30, 2006.

2. Dispositive motions shall be filed on or before August 7, 2006.

3. In the event dispositive motions are denied in whole, or in part, discovery shall be completed in 120 days.

_____
UNITED STATES DISTRICT JUDGE