UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James Harper,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-161  (RMC) |
| ) | |
| **John E. Potter, Postmaster General,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**SCHEDULING ORDER**

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on June 23, 2006, it is hereby **ORDERED** that:

1. Dispositive motions shall be filed no later than August 7, 2006; oppositions shall be filed no later than August 30, 2006, and replies shall be filed no later than September 13, 2006.  The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.  A hearing on the dispositive motions is scheduled for 11:30 a.m. on September 25, 2006.

2. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times.  Counsel are referred to LCvR 26.2 and expected to conform fully with its directives.

3. Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

**SO ORDERED.**

Date: June 23, 2006                                /s/
ROSEMARY M. COLLYER
United States District Judge