```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
_____
                                    )
JAMES HARPER                        )
                                    )
                  Plaintiff,        )
                                    )
     v.                             ) Civil Action No. 06-0161(RMC)
                                    )
JOHN E. POTTER,                     )
Postmaster General,                 )
U.S. Postal Service                 )
                                    )
                  Defendant.        )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including August 9, 2006.

The defendant anticipated being able to file a dispositive motion on Monday, August 7, 2006. However, counsel was in lengthy mediation sessions in Holcomb v. Powell, Civil Action No. 01-1550 most of this week.

Counsel for the plaintiff graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including August 9, 2006 to file a dispositive motion.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205