```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
JAMES HARPER                        )
                                    )
            Plaintiff,              )
                                    )
    v.                              )Civil Action No. 06-0161(RMC)
                                    )
JOHN E. POTTER,                     )
Postmaster General,                 )
U.S. Postal Service                 )
                                    )
            Defendant.              )
_____)

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a one business day enlargement of time to file a dispositive motion up to and including August 10, 2006.

Defendant's dispositive motion has been completed, but was finished so late in the day that there was insufficient time for supervisory review and for support staff to scan the exhibits for electronic filing. The delay in completing the motion was due to the fact that depositions that counsel had scheduled for this week took longer than anticipated.

Counsel attempted to reach plaintiff's counsel, but was unable to do so. Counsel left a voice mail message explaining the need for an additional day.

Wherefore, it is respectfully requested that the defendant have up to and including August 10, 2006 to file a dispositive motion.

Respectfully Submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_\_/s/_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205