Exhibit 1, Part 2

| 01 | Effective Date 07-27-2002 | | NOTIFICATION of PERSONNEL ACTION | 02 | Social Security Number 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 |
|----|----|----|----|----|----|

U. S. Postal Service

**EMPLOYEE INFORMATION**

| 03 | Employee Name-Last | HARPER |
|----|----|----|
| 04 | Employee Name-First | JAMES |
| 05 | Employee Name-Middle | A |
| 06 | Mailing Address Street/Box/Apts | 16000 DUSTY LN |
| 07 | Mailing Address-City | ACCOKEEK |
| 08 | Mailing Address-State | MD |
| 09 | Mailing Address-Zip+4 | 20607-9516 |
| 10 | Date of Birth | 11-07-1960 |
| 11 | Veterans Preference | 3 - 10 POINT DISABILITY |
| 12 | Sex | |
| 13 | Minority | |
| 14 | Disability | |
| 15 | Leave Comp Date | 01-03-1981 |
| 16 | Enter on Duty Date | 03-12-1988 |
| 17 | Retirement- Comp Date | 03-12-1988 |
| 18 | Serv Anniversary PPYR | 07-1988 |
| 19 | TSP Eligibility | Y - ELIGIBLE WITH DEDUCT |
| 20 | TSP Service Comp Date | 03-12-1988 |
| 21 | Prior CSRS Service | N |
| 22 | Frozen Csrs Time | |
| 23 | Leave Data-Category | 8 - HOURS/PP |
| 24 | Leave Data-Chg PPYR | |
| 25 | Leave Data-Type | 1 - ADVANCED AT BEGINNING |
| 26 | Credit Military Serv | |
| 27 | Retired Military | |
| 28 | Retirement Plan | 8 - FERS |
| 29 | Employee Status | |
| 30 | Life Insurance | Z1-Basic+Opt A+5x B+1x C |
| 31 | Special Benefits | |

**POSITION INFORMATION**

| 32 | Employ Office-Fin No | 10-5001 |
|----|----|----|
| 33 | Employ Office-Name | WASHINGTON DC PROC/DIST C |
| 34 | Employ Office-Address | WASHINGTON DC 20066-9998 |
| 35 | Duty Station-Fin No | 10-5001 |
| 36 | Duty-Station-Name | WASHINGTON DC PROC/DIST C |
| 37 | Appt Expiration Date | |
| 38 | Probation Expir Date | |

**NATURE OF PERSONNEL ACTION**

| 39 | FLSA Status | N - NON-EXEMPT |
|----|----|----|
| 40 | Pay Location | 194 |
| 41 | Rural Carrier-Route | |
| 42 | Rural Carr-L-Rte ID | |
| 43 | Rural Carr-Pay Type | |
| 44 | Rural Carr-Tri-Weekly | |
| 45 | Rural Carr-FLSA | |
| 46 | Rural Carr-Commit | |
| 47 | Rural Carr-EMA | |
| 48 | Rural Carr-Hours | |
| 49 | Rural Carr-Miles | |
| 50 | Job Sequence | 1 |
| 51 | Occupation Code | 2315-0063 |
| 52 | Position Title | MAIL PROCESSING CLK |
| 53 | Labor Dist Code | 1100 |
| 54 | Designation/Activity | 11/0 |
| 55 | Position Type | 1 - FULL TIME |
| 56 | Limit Hours | |
| 57 | Allowance Code | |
| 58 | Employment Type | |

**SALARY INFORMATION**

| 59 | Pay Rate Code | A - ANNUAL RATE |
|----|----|----|
| 60 | Rate Schedule Code | P - PS |
| 61 | Grade/Step | 05/ 0 |
| 62 | Base Salary | 41,679 |
| 63 | Cola | |
| 64 | Cola Roll-In Ind | B - PAY SCHEDULE 2 |
| 65 | Next Step PPYR | |
| 66 | Merit Anniv Date | |
| 67 | Merit Lump Sum | |
| 68 | Special Salary Code | |
| 69 | Protected RSC | |
| 70 | Protected Grade/Step | |
| 71 | Expiration PP/YR | |
| 72 | Protected RC Hours | |
| 73 | Protected RC Miles | |
| 74 | RC Guaranteed Salary | |
| 75 | Annuity Amount | |
| 76 | Red Circle Code | 0 |

| 77 | Nature of Action Code | 902 | 78 | Authority | | 39-USC SECT. 1001 |
|----|----|----|----|----|----|----|
| 79 | Description | CHANGE POSITION INFORMATION | 80 | Code | 81 Code | 82 Code | 83 Code |
| 84 | Remarks | PER MOU DATED 5/9/02 BETWEEN USPS AND THE APWU REGARDING MAIL PROCESSING CLERK POSITION | | | | |

| 85 | Authorization JERRY LANE, MANAGER CAPITAL METRO AREA OPERATIONS | 86 | Processed Date | 08-01-2002 |
|----|----|----|----|----|
| | | 87 | Personnel Office ID | TB06 |
| | | 88 | OPF Location | WASHINGTON DC PROC/DIST C |

PS Form 50, March 1990 (Exception to Standard Form 50)    2 - OPF COPY

EXHIBIT NO.  1

33

MicroPact Internet Complai    System                              Page 1 of 1



MicroPact iComplaints System

- My account info
- Useful links

v 2 6 Fri Aug 01 16:06 48 CDT 2003

## Search Results

↗ Search Again    💾 Save Search

**Number of case(s) to display per page:** 2
**Pages:** 1
**Number of results: 2**

| Case # | Type | Subject | Complaint Date | Closure Date |
|---|---|---|---|---|
| 1D-201-1273-94 | Informal | Working Conditions | 09/09/1994 | 09/30/1994 |
| 1K-201-0004-03 | Formal | Working Conditions | 10/02/2002 | |

[ Cancel ]

© MicroPact Engineering, Inc. 2002

Please submit feedback and questions to System Administrator



EXHIBIT NO. 2

SUBURBAN MARYLAND
PROCESSING & DISTRIBUTION CENTER

 *UNITED STATES*
*POSTAL SERVICE*

Date:      **October 4, 2002**

Subject:   Notice of Suspension of 14 Days or Less
           Attendance

To:        **James Harper**          SSN: **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**
           **Clerk (Full-Time), PL-199**
           Suburban, Maryland (assigned)

You are hereby notified that you will be suspended for a period of Seven (7) Days.  The
reason for the suspension is:

Charge No. 1:  **Failure to Follow Official Instructions**

On October 1, 2002 at approximately 2:20 a.m., you were observed by me standing in
the work area and not performing your duties.  You were assigned to work on Feeder 3
at that time, and there was mail available to you.  I walked over to you and instructed you
to load your ledge.  At approximately 3:30 a.m., I observed you sitting at the desk filling
out a form 1767.  I instructed you again to go to your assignment and load the mail.  You
stated to me that you were filling out a 1767 form.  I informed you that you would have to
fill that form out on your break or lunch time.  Again, I emphasized to you the need for
you to go to work.  I asked you whether or not there was an immediate hazard or safety
concern in the area in which you were assigned (Feeder 3) and you replied "No."  You
advised me that you would go to your assignment but would note on the 1767 that I had
not allowed you time to fill it out.  You continued disregard of official instructions to be
gainfully employed is unacceptable and will not be tolerated.

In addition, the following elements of your past record have been considered in arriving
at this decision:

**07-26-02**      You were issued a Letter of Warning for Failure to Follow Official
              Instructions

***Article 16.4 of the collective Bargaining Agreement has been revised in order to***
***delay the effective date of suspensions.  Under the following situations you will***
***be suspended after ten (10) calendar days:***

EXHIBIT NO. 3

35

*page 2*

**Harper, James**
Suspension (7-Day)
continued

o    *If no timely grievance is filed at Step 1, you will be suspended ten (10)*
     *calendar days from the expiration of the Step 1 time limits.*

o    *When the parties agree that you will serve all or part of the suspension,*
     *you will be given (10) calendar days from the date of settlement.*

o    *When the union does not grieve the suspension to the next level, you*
     *will be suspended ten (10) calendar days from the expiration of the*
     *relevant time limits for appeal.*

o    *When a suspension is upheld by an arbitrator (in part or whole) you will*
     *be suspended ten (10) days from the date the local parties receive the*
     *arbitration award.*

You have a right to file a grievance under the Grievance/Arbitration procedure set forth
in Article 15 of the National Agreement within fourteen (14) days of your receipt of this
letter.

_Linda A. Vincent, Supervisor, Distribution Operations (Tour 1)_          _10/4/02_
Linda A. Vincent, Supervisor, Distribution Operations (Tour 1)          Date

_____

(Concurring Official) **Ella D. Vick**, Manager, Distribution Operations (Tour 1)      Date

Received by: _Refuse_____      Date: _____

*Employee refused to sign*
*Witness _____ 10/4/02*
*4:57 AM*

**EXHIBIT NO.** *3a*_____

36

GRIEVANCE RESOLUTION

CASE _A H A / 2 2 3 / 02_

GRIEVANT _H A r p e n_


WE AGREE TO THE FOLLOWING RESOLUTION ;

THE NOTICE OF _(7)  D A Y_____ SUSPENSION  DATED  _1 0 / 4 / 02_


WILL BE REMOVED  AND RESCINDED FROM  RECORDS .

_I m m e d i A T e l y_____ FROM THE DATE OF _1 1 / 1 3 / 0 2_ .


_____
APWU REPRESENTATIVE

_1 1 / 1 3 / 0 2_____
DATE

_____
USPS REPRESENTATIVE

_1 1 / 1 3 / 0 2_____
DATE


EXHIBIT NO.____4____

37

GRIEVANCE RESOLUTION

Harper James

MAM149/02

on The DATE of 7/26/02 The Grievant
WAS issued A LeTTer of Warning for
work performance

IN ORDER TO RESOLVE THE CASE LISTED ABOVE WE MUTUALLY AGREE TO THE
FOLLOWING: The LeTTer of WARNING for work
performance DATED 7/26/02 will be removed
and rescinded from All records immediately
and changed To An Official Discussion

_____
APWU REPRESENTATIVE

_____
USPS REPRESENTATIVE

8/3/02
_____
DATE

8/4/02
_____
DATE

EXHIBIT NO. 5

38

Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

**Employee Data**

| 1. Name of employee (Last, First, Middle) | 2. Social Security Number |
|---|---|
| HARPER  JAMES  ALFRED | 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 |

| 3. Date of birth Mo. Day Yr. | 4. Sex | 5. Home telephone | 6. Grade as of date of injury |
|---|---|---|---|
| 11 07 60 | ☑ Male ☐ Female | (301) 292 8256 | Level 5 Step H |

7. Employee's home mailing address (include city, state, and ZIP code)

16000 DUSTY LANE

ACCOKEEK  MD  20607-9516

8. Dependents
☑ Wife, Husband
☑ Children under 18 years
☑ Other
GRANDSON

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)   IN MAIN OFFICE  MDO OFFICE
MD.
SUBURBAN POST OFFICE  16501 SHADY GROVE RD GAITHERSBURG MD

| 10. Date injury occurred Mo. Day Yr. | Time | 11. Date of this notice Mo. Day Yr. | 12. Employee's occupation |
|---|---|---|---|
| 10 04 02 | 4:30 ☑ a.m. ☐ p.m. | 10 17 02 | MAIL PROCESSOR AUTOMATION |

13. Cause of injury (Describe what happened and why)

MS HEMBRY SUPERVISOR AUTOMATION PLACE ME IN A STRESSFUL ENVIRONMENT
WHICH CAUSE MY ANXIETY ATTACKS

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)

I HAVE HEADACHE AND CHEST PAINS, I ALSO SUFFER
DEPRESSION AND ANXIETY ATTACKS.

**Employee Signature**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☑ a.  Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b.  Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf   _James C. Harper_   Date 10/17/02

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

Have your supervisor complete the receipt attached to this form and return it to you for your records.

**Witness Statement**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

| Name of witness | Signature of witness | Date signed |
|---|---|---|
|  |  |  |

| Address | City | State | ZIP Code |
|---|---|---|---|
| EXHIBIT NO. 6 |  |  |  |

Form CA-1
Rev. Sept. 1993

39

## Disability Benefits for Employees under the Federal Employees' Compensation Act (FECA)

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following benefits for job-related traumatic injuries:

(1) Continuation of pay for disability resulting from traumatic, job-related injury, not to exceed 45 calendar days. (To be eligible for continuation of pay, the employee, or someone acting on his/her behalf, must file Form CA-1 within 30 days following the injury; however, to avoid possible interruption of pay, the form should be filed within 2 working days. If the form is not filed within 30 days, compensation may be substituted for continuation of pay.)

(2) Payment of compensation for wage loss after the 45 days, if disability extends beyond such period.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

(5) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians, of the employee's choice. Generally, 25 miles from the place of injury, place of employment, or employee's home is a reasonable distance to travel for medical care; however, other pertinent facts must also be considered in making selection of physicians or medical facilities.

At the time an employee stops work following a traumatic job-related injury, he or she may request continuation of pay or use sick or annual leave credited to his or her record. Where the employing agency continues the employee's pay, the pay must not be interrupted until:

(1) The employing agency receives medical information from the attending physician to the effect that disability has terminated;

(2) The OWCP advises that pay should be terminated; or

(3) The expiration of 45 calendar days following initial work stoppage.

If disability exceeds, or it is anticipated that it will exceed, 45 days, and the employee wishes to claim compensation, Form CA-7, with supporting medical evidence, must be filed with OWCP. To avoid interruption of income, the form should be filed on the 40th day of the COP period. Form CA-3 shall be submitted to OWCP when the employee returns to work, disability ceases, or the 45 days period expires.

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

## Privacy Act

In accordance with the Privacy Act of 1974 (Public Law No. 93-579, 5 U.S.C. 552a) and the Computer Matching and Privacy Protection Act of 1988 (Public Law No. 100-503), you are hereby notified that: (1) The Federal Employees' Compensation Act, as amended (5 U.S.C. 8101, et seq.) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor. In accordance with this responsibility, the Office receives and maintains personal information on claimants and their immediate families. (2) The information will be used to determine eligibility for and the amount of benefits payable under the Act. (3) The information collected by this form and other information collected in relation to your compensation claim may be verified through computer matches. (4) The information may be given to Federal, State, and local agencies for law enforcement and for other lawful purposes in accordance with routine uses published by the Department of Labor in the Federal Register. (5) Failure to furnish all requested information may delay the process, or result in an unfavorable decision or a reduced level of benefits. (Disclosure of a social security number (SSN) is voluntary; the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled. Your SSN may be used to request information about you from employers and others who know you, but only as allowed by law or Presidential directive. The information collected by using your SSN may be used for studies, statistics, and computer matching to benefit and payment files.)

This acknowledges receipt of Notice of Injury sustained by (Name of injured employee)

_10/4/02_

Which occurred on (Mo., Day, Yr.) _Suburban Palk C_  _Gaithersburg_ _Md_ _20898-9998_

At (Location)

_S/d Nouce Gerry_  _Mr. SS0 L. Wright (T)_  _10/17/02_

Signature of Official Superior — Title — Date (Mo., Day, Yr.)

EXHIBIT NO. _193_

40

Form CA-1

17 OCT 2002

I JAMES A. HARPER AM WRITING THIS STATEMENT IN REGARDS TO WHAT HAPPEN ON 4 OCTOBER 2002. AT OR ABOUT 0500 HRS (AM) I INFORMED MS HEMBRY THAT MY HEAD HURT AND THAT I HAVE CHEST PAINS. SHE ASKED ME IF I WANTED TO GO TO THE HOSPITAL. I REQUESTED MEDICIAL ATTENION, AND SHE WENT INTO MR. TUCKER OFFICE AND INFORMED HIM. SHE CAME BACK TO ME AND SAID THAT MR TUCKER WANTED TO SEE ME. I WENT INTO MR TUCKER OFFICE AND TOLD HIM ABOUT MY SICKNESS. HE ASKED IF I WANTED HIM TO TAKE ME TO THE HOSPITAL. I TOLD HIM I WOULD LIKE TO GO TO THE HOSPITAL SINCE NO MIEDICIAL SERVICES ARE IN THIS BUILDING. MR TUCKER TOOK ME TO SHADY GROVE HOSPITAL AND GAVE THEM A TELEPHONE NUMBER TO CALL AND LEFT. MR TUCKER, NOR MS HEMBRY AFFORD ME A CHANCE TO FILL OUT A C.A. 1. I WAS TREATED AT SHADY GROVE HOSPITAL AND RELEASE AT OR ABOUT 1200 HRS NOON ON 4 OCTOBER 2002. WHEN I CAME BACK TO THE SUBURBAN MD. POST OFFICE I WENT INTO THE SAFETY OFFICE. I WAS TRANSPORTED BACK FROM THE HOSPITAL BY A POSTAL OFFICIAL.

EXHIBIT NO. 6B

41

WHILE INSIDE T. SAFETY OFFICE I WAS TOLD TO FILL
OUT A CA. 2 FORM BY THE SAFETY OFFICER ON DUTY.
I AM NOT AWARE OF THE PROCEDURE AND I AM
FOLLOWING INSTRUCTIONS. ON OCT 4, 2002 I WAS
NOT TOLD TO FILL OUT A CA 1.

JAMES A. HARPER
PL 195 AUTOMATION
TOUR 1

EXHIBIT NO. 6C

42



**UNITED STATES**
**POSTAL SERVICE**

Date:          October 10, 2002

Subject:       Response to 1767

To:            James Harper
               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
               Clerk (Full-Time) PL 195
               Suburban, MD P&DC (assigned)


I am in receipt of the 1767 submitted on October 1, 2002. A complete investigation was performed October 1, 2002. Based on the facts presented, I have no reasonable grounds to determine a hazard or unsafe condition exists. Mr. Harper, your recommendation seems to be geared on issues concerning the supervisors attitude opposed to the work environment.


Ella D. Vick
(A) Manager, Distribution Operations
Tour 1




I Feel that s




EXHIBIT NO. 6D

Fax:

43

| U.S. POSTAL SERVICE | Hazard Control Number |
|---|---|
| **REPORT OF HAZARD, UNSAFE CONDITION OR PRACTICE** | *(Assigned by Safety Office)* |

### I. Employee's Action

Area *(Specify Work Location)*

FSM #5 SUPERVISOR HEMBRY INSTRUCTED ME TO FILL IT OUT ON MY LUNCH

Describe Hazard, Unsafe Condition or Practice, Recommended Corrective Action.

SUPERVISOR HEMBRY AGGRESSIVE MANNER AND ATTITUDE.
MS HEMBRY IS HARRASSING ME AND IS CAUSING UNDUE
STRESS MAKING MY WORK AREA UNSAFE. I RECOMMEND
MS HEMBRY TAKE A ANGER MANAGEMENT COURSE

| Employee | Signature *James A. Glaysen* | Date and Tour TOUR 1 10 OCT 2002 |
|---|---|---|

### II. Supervisor's Action

Recommend or Describe Specific Action Taken to Eliminate the Hazard, Unsafe Condition or Practice. *(If Corrective Action Has Been Taken, Indicate the Date of Abatement.)*

| Supervisor | Signature | Date |
|---|---|---|

### III. Approving Official's Action
*(Check One and Complete)*

| The Following Corrective Action was Taken to Eliminate the Hazard, Unsafe Condition or Practice *(Indicate Date of Abatement):* |
|---|
| A Work Order Has Been Submitted to the Manager, Plant Maintenance, to Effect the Following Change: |
| There Are No Reasonable Grounds to Determine Such a Hazard Exists. This Decision is Based Upon: |

| Approving Official | Signature | Date | Date Employee Notified |
|---|---|---|---|

EXHIBIT NO. 6E

### IV. Maintenance Action *(Complete If Necessary)*

| Maintenance Supervisor | Signature | Date | Date Hazard Abated |
|---|---|---|---|

44

DEPARTMENT OF EMERGENCY MEDICINE

☐ Cetta, Michael, MD
☐ Dooley, William, MD
☐ Falcone, Angelo, MD
☐ Freedman, Scott, M
☐ Gamma, Brett, MD
☐ Klein, David, MD
☐ Koomson, Bertha, M
☐ LaJoie, Julie, MD
☐ Le, Duc, MD
☐ McGreivy, Martin, M.

**△ ADVENTIST HEALTHCARE**
Shady Grove

**339421**

☐ Mitchell, Leslie, MD
☐ Orenstein, Julian, MD
☐ Panitch, Orlee, MD
☐ Safness, Rebecca, MD
☐ Saxena, Sunil, MD
☐ Sherrill, Deborah, MD
☐ Srour, David G., MD
☐ Wenk, Jonathan, MD

21937792 NO DOCTOR INFORMATIO
HARPER JAMES A
10/04/02 M 41 11/07/60   ERD     SGAH
M/R # 0734193

Name _____   Date _____

Address _____   R # _____

Off work 10/4 + 10/5. May
return without restrictions.

_____ M.D.

Label as to Contents

NO REFILLS            Reg. No. _____

7210-108 (4/02)

EXHIBIT NO. _6F_

45

**UNITED STATES POSTAL SERVICE**

## Request for or Notification of Absence

| Employee's Name (Last, first, M.I) | | Social Security No. | Date Submitted | No. of Hours Req. | | | PP | Year |
|---|---|---|---|---|---|---|---|---|
| RPER, JAMES A | | 579...4838 | 10-17/2002 | 72.00 | | | 21 | 2002 |

| ...tation (For P.M leave, show city, state and ZIP code) | | | N-S Day | Pay Loc. # | D/A Code | From Date | Hour | | | Day | Int. | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5001 - WASHINGTON P&DC | | | | 195 | 11-0 | 10/02/2002 | 22:30 | | | SAT | | |

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (if needed) | | Thru Date | Hour |
|---|---|---|---|---|---|
| 07:31 | 22:30 | (203) 291-8322 | No Call | 10/16/2002 | 07:00 |

| Type of Absence | Documentation (For official use only) | Revised Schedule for (Date) | Approved in Advance |
|---|---|---|---|
| Annual 12 | For FMLA Leave (Certification reviewed) | | Yes  No |
| Carrier 701 Rule | For COP Leave (CA1 on file) | Begin Work | |
| LWOP | For Advanced Sick Leave (1221 on file) | | |
| Sick (See reverse) 185 | For Military Leave (Orders reviewed) | Lunch-Out | |
| Late | For Court Leave (Summons reviewed) | | |
| COP | For Higher Level (1723 on file) | Lunch-In | |
| Other: ISL | Scheme Training Testing, Qualifying (Memo on file) | End Work | |
| | | Total Hours | |

Remarks (Do not enter medical information)
T TIOD: FMLA LEAVE; DOC REQ

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

| Employee's Signature and Date | Signature of Person Recording Absence and Date | | Signature of Supervisor and Date |
|---|---|---|---|
| James Harper 10/16/02 | DS Perry 10/17/02 | Ells Q Vick 10/17/02 | |

Official Action on Application (Return copy of signed copy to employee)

| | Approved, not FMLA* | Approved, FMLA | Approved FMLA, Pending | Signature of Supervisor and Date |
|---|---|---|---|---|
| | (See Publication 71) | | Documentation Noted on Reverse. | |

Disapproved (Give Reason):

Ineligible for FMLA (Estimate eligibility date)   DOC W.K-3x   10/17/02   Continued on Reverse

Expected NLT 8/30/0

Referred to Elms For Addict Information

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

PS Form 3971, April 2001

| During This Absence, I Was Incapacitated for Duty by: | Leave Types (Information Only) | | PP | Year |
|---|---|---|---|---|

# WFMC
## WALDORF FAMILY MEDICAL CENTER

10 St. Patrick's Drive ● Suite 203 ● Waldorf, Maryland 20603
Phone (301) 843-0222

### CERTIFICATE TO RETURN TO SCHOOL OR WORK

James Harper

This member was seen at WALDORF FAMILY MEDICAL CENTER on 10-7-02

and is able to return to school / work on 10-10-02.

Daniele Nunez, M.D. _____ M.D.

EXHIBIT NO. 66

46

**Note:** The Minneapolis DDE System (under D385) provides employees' hire date, work hours in the last 12 months, and current leave balances, including FMLA and sick leave for dependent care.

HARPER, JAMES A.
(Employee's Name)

| Pay Period | | | Week 1 | | | | | | | Week 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | From (Date) | To (Date) | Sat | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Sun | Mon | Tue | Wed | Thur | Fri |
| 18 | AUG. 10 | AUG. 23 | 10 SDO | 11 SDO | 12 | 13 | 14 SL-x | 15 SL-x | 16 | 17 SDO | 18 SDO | 19 | 20 | 21 | 22 | 23 |
| 19 | AUG. 24 | SEP. 06 | 24 SDO | 25 SDO | 26 | 27 | 28 | 29 | 30 | 31 SL-x | 01 SDO | 02 SDO | 03 | 04 | 05 | 06 |
| 20 | SEP. 07 | SEP. 20 | 07 SDO | 08 SDO | 09 | 10 | 11 | 12 | 13 | 14 SDO | 15 SDO | 16 | 17 | 18 | 19 | 20 |
| 21 | SEP. 21 | OCT. 04 | 21 SDO | 22 SDO | 23 | 24 | 25 | 26 | 27 | 28 SDO | 29 SDO | 30 | 01 | 02 | 03 SL-x | 04 SL-x |
| 22 | OCT. 05 | OCT. 18 | 05 SL-x | 06 SDO | 07 SDO | 08 SL-x | 09 SL-x | 10 SL-x | 11 | 12 SL-x | 13 SDO | 14 | 15 | 16 SL-x | 17 | 18 |
| 23 | OCT. 19 | NOV. 01 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 01 |
| 24 | NOV. 02 | NOV. 15 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 25 | NOV. 16 | NOV. 29 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 26 | NOV. 30 | DEC. 13 | 30 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 |
| 1 | DEC. 14 | DEC. 27 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 2 | DEC. 28 | JAN. 10 | 28 | 29 | 30 | 31 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |

| Attendance Related Actions & Dates (See Instructions) | Reviewing Supervisor's Comments, Signature & Date | |
|---|---|---|
| | Jan. | |
| | Feb. | |
| | March | |
| | April | |
| | May | |
| | June | |
| | July | |
| | Aug. | |
| | Sept. | |
| | Oct. | |
| | Nov. | |
| | Dec. | |

EXHIBIT NO. 6H

File Number: 252022577
NODFOI-D-I

*H10 309 0105*    File Number: 252022577
NODFOI-D-I

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742
Phone: (202) 513-6800

January 3, 2003

File Number: 252022577
Date of Injury: 10/04/2002
Employee:    James Harper

JAMES A. HARPER
16000 DUSTY LANE
ACCOKEEK, MD 20607

Dear Mr. Harper:

### NOTICE OF DECISION

Your claim for compensation is denied as the evidence is not sufficient to establish that you
sustained an injury as defined by the Federal Employees' Compensation Act (FECA).

You filed a timely claim for compensation as a Federal employee for an injury as referenced
above. In order for further consideration to be given under the FECA, the evidence must
demonstrate that 1) a specific event, incident or exposure occurred at the time and place, and in
the manner alleged, and 2) a diagnosed medical condition is connected to the accepted trauma
or exposure.

The evidence of file supports that the claimed event(s) occurred. However, there is no medical
evidence that provides a diagnosis of which could be connected to the event(s).

You were advised of the deficiencies in your claim in a letter dated December 3, 2002, and
provided the opportunity to provide the necessary evidence. No further evidence was received.

The Federal Employee's Compensation Board has determined:

As part of a claimant's burden of proof, rationalized medical evidence, based upon a complete
factual and medical background showing causal relationship, must be presented." Brady L.
Fowler, 44 ECAB

Based on these findings, the claim is denied because the requirements have not been met for
establishing that you sustained an injury as defined by the FECA. Medical treatment is not
authorized and prior authorization, if any, is terminated.

Your employing agency will charge any previously paid Continuation of Pay to your sick and/or
annual leave balance or declare it an overpayment.

EXHIBIT NO. 7

48

07/31/2003   15:31   20226873??                                    PAGE  02/02

File Number: 252022577
NODFOI-D-I

If you disagree with this decision, you should carefully review the attached appeal rights, and pursue whichever avenue is appropriate to your situation.

Sincerely,

C Rease
Claims Examiner

Enclosure: Appeal Rights

US POSTAL SERVICE
INJURY COMPENSATION OFFICE

900 BRENTWOOD RD N E
WASHINGTON, DC 20066

EXHIBIT NO. _7a_

49

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

USPS REPORT AAU510P1                     RESTRICTED USPS T&A INFORMATION                    DATE 10/22/2002
                                              EMPLOYEE REPORT                               TIME 22:04
                                                                                           PAGE 1,342,727

YRPPWK 2002-22-1   FINANCE NO. 10-5001

PAYLOC 195                                  VARIABLE EAS N   ANNUAL LV BAL 0012.95   FMLA HRS  2050.17
EMPLOYEE ID     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                  BORROWED      N  SICK LV BAL   0185.42   FMLA USED 0016.00
EMPLOYEE NAME   HARPER              J A AUTO H/L    N  LWOP LV BAL   0000.00   SLOC USED 0000.00

JOB  D/A   LDC   OPER/LU  RSC  LVL  FLSA  ROUTE   FIN-NO   LOANED-FN  EFF-START  EFF-END   1261-IND  SCHEDULE
BASE 11-0  1100  9180-00   P   05    N   000000   10-5001      -      2002-22-1  2002-22-1    N      S--TWTF

                                              *** WEEK ONE ***

SATURDAY  BASE P-05  056:0008.00                         *****

TUESDAY   BASE P-05  056:0008.00                         *****

WEDNESDAY BASE P-05  056:0008.00                         *****

THURSDAY  BASE P-05  056:0008.00                         *****

FRIDAY    BASE P-05  056:0008.00                         *****


PAID HRS  BASE P-05  002:040.00 056:040.00               *****
TACS HRS  BASE P-05  002:040.00 056:040.00               *****

                                         *** END OF WEEK-1 ***


10/5/02 -   10/11/02

08/15/2003 08:49 FAX 703 404 6419    EEO COMPLIANCE & APPEALS    @005

EXHIBIT NO. 8

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

USPS REPORT AAUS10P1                 RESTRICTED USPS T&A INFORMATION          DATE 10/22/2002
                                                                             TIME 22:04
TRPPWK 2002-22-2   FINANCE NO. 10-5001          EMPLOYEE REPORT               PAGE 1,342,728

PAYLOC 195
EMPLOYEE ID      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          VARIABLE EAS N  ANNUAL LV BAL 0012.95  FMLA HRS  2050.17
EMPLOYEE NAME    HARPER               BORROWED:     N  SICK LV BAL  0185.42  FMLA USED 0016.00
                                      J A AUTO N/L  N  LNOP LV BAL  0000.00  SLDC USED 0000.00

JOB   D/A   LOC   OPER/LU   RSC  LVL  PLSA  ROUTE   FIN-NO  LOANED-FN  EFF-START   EFF-END     1261-IND  SCHEDULE
BASE  11-0  1100  9180-00   P    05   N    000000   10-5001    -       2002-22-2   2002-22-2      N      S--TWTF

                                          *** WEEK TWO ***

SATURDAY   BASE P-05  058:0008.00                       ..... 10/12
TUESDAY    BASE P-05  056:0008.00    -  S|L             ..... 10/15  ———— *
WEDNESDAY  BASE P-05  056:0008.00    -  S|L             ..... 10/16  ———— *
THURSDAY   BASE P-05  052:0007.58 054:0006.58 056:0000.42   ..... 10/17
FRIDAY     BASE P-05  052:0008.90 053:0000.90 054:0007.96   ..... 10/18

PAID HRS   BASE P-05  052:016.48 053:000.90 054:014.54 056:016.42 058:008.00
                                                       *****
TACS HRS   BASE P-05  052:016.48 053:000.90 054:014.54 056:016.42 058:008.00
                                                       *****

                         *** END OF WEEK-2 ***


             10/12/02 - 10/18/02
             16 Hours Sick Leave (S/L)

```
              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
                                                                                          DATE 11/05/2002
  USPS REPORT AAU510PI              RESTRICTED USPS TSA INFORMATION                        TIME 30:02
  YRPPWK 2002-23-1   FINANCE NO. 10-5001          EMPLOYEE REPORT                          PAGE 1,343,315

  PAYLOC 195
  EMPLOYEE ID     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          VARIABLE BAS N  ANNUAL LV BAL 0012.95  FMLA HRS  1971.52
  EMPLOYEE NAME   HARPER               BORROWED      N  SICK LV BAL   0133.00  FMLA USED 0056.00
                                    J A AUTO H/L     N  LWOP LV BAL   0000.00  SLDC USED 0000.00

  JOB  D/A   LDC    OPER/LU  RSC  LVL  PLSA  ROUTE    FIN-NO   LOANED-FN  EFF-START  EFF-END   1261-IND  SCHEDULE
  BASE 13-0  1100   9380-00   P    05    N   000000   10-5001     -       2002-23-1  2002-23-1    N       S--TWTF

                                          *** WEEK ONE ***

  SATURDAY  BASE P-05   052:0008.00 054:0006.97
                                                        *****
  SUNDAY    BASE P-05   052:0007.99 053:0007.99 054:0006.99
                                                        *****
  MONDAY    BASE P-05   043:0007.94 052:0007.94 054:0006.34
                                                        *****
  TUESDAY   BASE P-05   052:0006.00 054:0004.97 055:0002.00
                                                        *****
  WEDNESDAY BASE P-05   052:0006.83 054:0006.83 055:0001.17
                                                        *****
  THURSDAY  BASE P-05   052:0007.01 054:0906.99 055:0000.99
                                                        *****
  FRIDAY    BASE P-05   052:0006.88 054:0006.88 055:0001.12
                                                        *****

  PAID HRS  BASE P-05   043:007.94 052:050.65 053:007.99 054:046.57 055:005.28
                                                        *****
  TACS HRS  BASE P-05   043:007.94 052:050.65 053:007.99 054:046.57 055:005.28
                                                        *****

                                      *** END OF WEEK-1 ***
```

10/19/02 - 10/25/02

EXHIBIT NO. 88

```
                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
USPS REPORT AAU510P1                    RESTRICTED USPS TSA INFORMATION                    DATE 11/05/2002
                                                                                          TIME 16:02
YRPPWK 2002-23-2      FINANCE NO. 10-5001            EMPLOYEE REPORT                       PAGE 1,343,315
PAYLOC 195                               VARIABLE EAS N   ANNUAL LV BAL 0012.95   FMLA HRS 1971.52
EMPLOYEE ID     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              BORROWED     N   SICK LV BAL   0133.00   FMLA USED 0056.00
EMPLOYEE NAME   HARPER                J A AUTO R/L    N   LWOP LV BAL   0000.00   SLDC USED 0000.00

JOB  D/A    LDC   OPER/LU  RSC  LVL  FLSA  ROUTE  FIN-NO   LOANED-FN  EFF-START  EFF-END   1261-IND  SCHEDULE
BASE 11-0  1100   9180-00   P   05     N   000000  10-5001      -     2002-23-2  2002-23-2    N       S--TWIF

                                              *** WEEK TWO ***

SATURDAY    BASE P-05   052:0007.79  054:0006.77  055:0000.21
                                                                     *****

SUNDAY      BASE P-05   052:0007.96  053:0007.96  054:0006.95
                                                                     *****

MONDAY      BASE P-05   043:0007.97  052:0007.97  054:0006.94
                                                                     *****

TUESDAY     BASE P-05   052:0008.80  054:0007.02
                                                                     *****

WEDNESDAY   BASE P-05   052:0008.00  054:0006.98
                                                                     *****

THURSDAY    BASE P-05   052:0008.00  054:0006.94
                                                                     *****

FRIDAY      BASE P-05   052:0008.00  054:0006.97
                                                                     *****


PAID HRS    BASE P-05   043:007.97  052:055.72  053:007.96  054:048.57  055:000.21
                                                                     *****
TACS HRS    BASE P-05   043:007.97  052:055.72  053:007.96  054:048.57  055:000.21
                                                                     *****

                                         *** END OF WEEK-2 ***
```

10/26/02 - 11/01/02

EXHIBIT NO. 8c

EEO COMPLIANCE & APPEALS

08/15/2003 08:49 FAX 703 404 84

EEO COMPLIANCE AND APPEALS
CAPITAL METRO AREA OPERATION


*UNITED STATES*
*POSTAL SERVICE*

June 18, 2003

Case No: 1K-201-0004-03

CERTIFIED NUMBER: 7001 1140 0001 4898 4929-
**Return Receipt Requested**

### *EEO Investigation/Affidavit*

PURVIEWS:        retaliation
SPECIFIC ISSUE:  **Alleged discrimination based on retaliation (prior EEO activity), when on October 4, 2002, you were issued a 7-Day Suspension for Failure to Follow Official Instructions.**

James A. Harper
16000 Dusty Lane
Accokeek MD 20607-9516

Dear Mr. Harper:

The attached affidavit questions need to be answered so I may continue with your EEO investigation.

You are required to answer these questions separately and fully in writing, under oath (sign and date PS Form 2571), and to serve a copy of your answers to this EEO Counselor/Investigator **no later than 15 days after receipt of this certified package.** If this affidavit is not returned within 15 days of receipt of the package, then your complaint may be dismissed for Failure to Cooperate IAW 29 CFR 1614.107(g).

In answering the following questions, state your answer to the question on the enclosed PS Form 2568-A, EEO Investigative Affidavit. PS Forms 2569, Affidavit Continuation Sheets should be used if additional space is needed to answer the questions. Answer the questions in the order set forth below. Please print and/or type your questions and answers.

**At any time during the administrative processing of your complaint, you are entitled to a representative of your choosing.** If you have already designated a representative, you may want to consult with him/her during the completion of this affidavit.

Thank you for your cooperation and timely response.

Sincerely,

Vivian E. Hampton
EEO Complaints Investigator
Columbia Post Office
6801 Oak Hall Lane
Columbia MD 21045-9998
Tel. 410 309-0247
Fax 410 309-0105

cc:    HELEN LEWIS
       C/O JAMES A. HARPER
       16000 DUSTY LANE
       ACCOKEEK MD 20607-9516

54

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

6-18-03

Sent To *James Harper*

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

7001 1140 0001 4898 4929

PS Form 3800, January 2001          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*James A. Harper*
*16000 Dusty Road*
*Accokeek MD 20607-9516*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
*Donna Harper*   06/18/03

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 1140 0001 4898 4929

PS Form 3811, August 2001          Domestic Return Receipt          2ACPRI-03-P-4081

55



EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS
**UNITED STATES**
**POSTAL SERVICE**

Date: April 22, 2003

VIVIAN E. HAMPTON
EEO COMPLAINTS INVESTIGATOR
CAPITAL METRO OPERATIONS

<u>ASSIGNMENT FOR INVESTIGATION</u>

The following formal complaint filed on December 30, 2002 is assigned to you for the purpose of conducting an investigation into the alleged claims of discrimination.

**JAMES A. HARPER, COMPLAINANT**
**CASE NO. 1K-201-0004-03**
**DISTRICT: CAPITAL**

Enclosed is the formal complaint, the report of counseling, the request for counseling, and any related correspondence or documentation.

As the assigned Investigator in this case, you are authorized to:

• Investigate all aspects of this complaint;
• Require all Postal Employees to cooperate in the investigation; and to
• Require Postal Employees who have knowledge of the alleged claim(s) of discrimination raised in the complaint to provide testimony in affidavit or under oath, affirmation, or penalty of perjury.

Please feel free to contact me with any questions, problems, or needed advice with regards to the above complaint.

You are required to complete this investigation no later than July 21, 2003.

Sincerely,

Senior EEO Complaints Investigator

56

MANAGER, EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS

 *UNITED STATES*
*POSTAL SERVICE*

February 5, 2003

JAMES A HARPER
16000 DUSTY LANE                    Case No. 1K-201-0004-03
ACCOKEEK MD 20607-9516

Dear Mr. Harper:

We have received your complaint of discrimination filed on
December 30, 2002. Your complaint has been accepted for
investigation. The scope of the investigation will include
the following issue only:

<u>Specific Issue</u>: You alleged a claim of discrimination based on
retaliation (prior EEO activity), when on October 4, 2002, you
were issued a 7-Day Suspension for Failure to Follow Official
Instructions.

If you do not agree with the defined <u>accepted</u> issue(s), you
must provide a written response specifying the nature of your
disagreement within seven (7) calendar days of receipt of this
letter to the Senior EEO Complaints Investigator, Capital Metro
Operations, P. O. Box 1730, Ashburn, Virginia, 20146-1730. You
are reminded that any notification of disagreement with the
defined accepted issues is not an opportunity or forum to raise
additional, unrelated allegations of discrimination. Additional
issues must be pursued through established procedures with your
local EEO Office.

Your case will be assigned for investigation. Please be
prepared to go forward with your case and provide an affidavit
when the Investigator contacts you in the near future.

The investigation of the accepted issues will be completed
within 180 calendar days of the date of your filing of the
complaint, except that the complainant and the Postal Service
may voluntarily agree, in writing, to extend the time period up

to an additional 90 calendar days. Should you seek to amend
the complaint, through your local EEO District Office, the
amendment will extend the time for processing an additional 180
days from the date of the amendment with the total allowable

*57*

- 2 -

time for processing the complaint and all amendments no more than 360 days.

If you have a grievance pending on issue(s) as those addressed in your complaint of discrimination, the agency may, at its discretion, defer the processing of this complaint until the grievance procedure has run its course and there has been a final resolution of the grievance. When an investigation is deferred, pending the outcome of the grievance process, the 180-day time period for processing the complaint is stopped temporarily, and does not restart until the grievance is resolved. If your complaint is deferred, you will be notified, in writing, of the options which may be available to you as a result.

When the investigation is completed, you will receive a copy of the investigative report, and you will be notified of your right to a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge or of your right to a final decision by the agency head or designee without a hearing. You may request a final agency decision without a hearing, at the appropriate time, by writing the Manager, EEO Compliance and Appeals, Capital Metro Operations.

You may request a hearing by an EEOC Administrative Judge by notifying, in writing, the District Director of the EEOC at the following address:

> ADMINISTRATIVE JUDGE
> EEO COMMISSION
> WASHINGTON FIELD OFFICE
> 1400 L STREET, N.W., SUITE 200
> WASHINGTON, DC 20005-3514

You must make your hearing request within 30 calendar days of your receipt of the investigative report and you must provide the Manager EEO Compliance and Appeals with a copy of that hearing request. If you do not receive your investigative report and notification concerning your appeal rights within 180 calendar days from the date on which you filed your formal complaint, you may request a hearing by writing directly to the

EEOC District Office shown above, with a copy to the Manager EEO Compliance & Appeals, Capital Metro Operations, at any time

58

- 3 -

up to 30 calendar days after receipt of the investigative report.

If you are dissatisfied with the Postal Service's final agency decision where there has been no hearing, or with the Postal Service's final action on the decision of an Administrative Judge following a hearing, you have certain appeals rights. You may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC), at the address shown below, within 30 calendar days of the date of your receipt of the final agency decision or you may file a civil action in the appropriate U. S. District Court within 90 calendar days of your receipt of the decision.  You may also appeal a final action by the Postal Service implementing a decision of an Administrative Judge following a hearing within 30 calendar days of the date of your receipt of that final action or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action.  Finally, you may respond to an appeal by the Postal Service in connection with its final action not to implement a decision of an Administrative Judge following a hearing or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action and appeal.

Any appeal to the EEOC should be addressed to the Office of Federal Operations, Equal Employment Opportunity Commission, P. O. Box 19848, Washington, D. C. 20036-9848.  Along with your appeal, you must submit proof to the EEOC that a copy of the appeal and any supporting documentation were also submitted to the Office of EEO Compliance and Appeals, Capital Metro Operations, U. S. Postal Service, P.O. Box 1730, Ashburn, VA 20146-1730.

After 180 calendar days from the date of filing your formal complaint, you may file a civil action in an appropriate U. S. District Court if the Postal Service has not issued a final decision on your complaint or if no final action has been taken on a decision by an Administrative Judge.

If you decide to appeal to the Office of Federal Operations, EEOC, you may file a civil action in an appropriate U. S. District Court within 90 calendar days after your receipt of

59

- 4 -

the Office of Federal Operation's decision.    If you do not
receive a decision on your appeal within 180 calendar days from
the date of your appeal, you may file a civil action.

Sincerely,

Alexander B. Branch
Senior EEO Complaints Investigator

Attachment:

1. Certificate of Service

60

- 5 -

*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*

*James A. Harper, Complainant*
*Agency Case No. 1K-201-0004-03*

**CERTIFICATE OF SERVICE**

I hereby certify that the Agency's Acceptance of Formal EEO Complaint has been sent by regular mail on this date to:

**COMPLAINANT:**

JAMES A HARPER
16000 DUSTY LANE
ACCOKEEK MD 20607-9516

COMPLAINANT'S REPRESENTATIVE:
HELEN LEWIS
C/O JAMES A HARPER
16000 DUSTY LANE
ACCOKEEK MD 20607-9516

| | |
|---|---|
| EEO COMPLAINTS INVESTIGATOR | *MANAGER EEO DISPUTE RESOLUTION* |
| CAPITAL METRO OPERATIONS | CAPITAL PERFORMANCE CLUSTER |
| U S POSTAL SERVICE | U S POSTAL SERVICE |
| P O BOX 1730 | 9201 EDGEWORTH DRIVE |
| ASHBURN VA  20146-1730 | CAPITOL HEIGHTS MD  20790-7606 |

February 5, 2003
————————————
Date

OFFICE OF EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS
U S POSTAL SERVICE
P O BOX 1730
ASHBURN VA 20146-1730

61

Certified # 7001 1140 ( ) 1922 7285

**UNITED STATES POSTAL SERVICE**

**EEO Complaint of Discrimination in the Postal Service**
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name JAMES A. HARPER | 2. SSN 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 | 3. Case No. 1K2010004-03 |
|---|---|---|

| 4a. Mailing Address *(Street or P.O. Box)* 16000 DUSTY LANE | 4b. City, State and ZIP + 4 ACCOKEEK MD 20607 |
|---|---|

| 5. Email Address * | 6. Home Phone (301) 292-8256 | 7. Work Phone (301) 499 7323 |
|---|---|---|

| 8. Position Title *(USPS Employees Only)* MAIL PROCESSOR | 9. Grade Level *(USPS Employees Only)* 5A | 10. Do You Have Veteran's Preference Eligibility? ☑ Yes ☐ No |
|---|---|---|

| 11. Installation Where You Believe Discrimination Occurred *(Identify Installation, City, State, and ZIP+4)* SUBURBAN MD P&DC 16501 SHADY GROVE RD GAITHERSBURG MD | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory MR M. TUCKER MS E VICK MR C BROWN MS F HEMBRY |
|---|---|

| 13a. Name of Your Designated Representative MS. HELEN LEWIS | 13b. Title |
|---|---|

| 13c. Mailing Address *(Street or P.O. Box)* | 13d. City, State and ZIP + 4 |
|---|---|

| 13e. Email Address * | 13f. Home Phone ( ) | 13g. Work Phone ( ) |
|---|---|---|

* Providing this information will authorize the Postal Service to send important documents electronically.

**14. Type of Discrimination You Are Alleging**

☐ Race *(Specify)*:
☐ Color *(Specify)*:
☐ Religion *(Specify)*:
☐ National Origin *(Specify)*:

☐ Sex *(Specify)*:
☐ Age (40+) *(Specify)*:
☑ Retaliation (Specify Prior EEO Activity):
☐ Disability *(Specify)*:

**15. Date on Which Alleged Act(s) of Discrimination Took Place** OCT 4, 2002

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)*

AS I EXPLAINED BEFORE, ON OCT 2, 2002 I FILED AN EEO FOR HARASSMENT AGAINST MS. HEMBRY. AFTER LEAVING THE EEO OFFICE I TALKED TO MR. HANEY ABOUT MY PROBLEMS I HAD WITH MS HEMBRY. ON OCT 4, 2002 MS HEMBRY GAVE ME A 7 DAY SUSPENSION BASED ON A LETTER OF WARNING THAT WAS RESCIDED.    (SEE ATTACHMENT)

17. What Remedy Are You Seeking to Resolve this Complaint?

I WENT OUT ON STRESS LEAVE BECAUSE OF THIS HARASSMENT. I RE-QUEST ALL MY SICK LEAVE, I ALSO REQUEST THAT MY RECORD BE TOTALLY CLEARED. I REQUEST THAT ALL PERSON IN ACTING POSITION BE RETURNED TO THIER POSITION AND REMOVE FROM MY CHAIN OF COMMAND

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS Mediator?*

☐ Yes (Date you received the Notice of Final Interview): _____  ☐ No

| 19a. Signature of Dispute Resolution Specialist *Hampton Coler* | 19b. Date 12/13/02 |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney *James Harper* | 21. Date of this Complaint |
|---|---|

PS Form 2565, March 2001 *(Page 1 of 2)*

62

ATTACHMENT ①

Ms Hembry was allowed to do as she pleased by the upper management. I asked Ms. Vick (acting manager) Tour 1 to intervene on 3 different occasion. She did nothing. I ask Mr. Tucker for a meeting to stop this harrassement. We met on Sept 17 2002. Mr. Tucker did nothing. On the 23 Sept 2002 Mr. Tucker had a meeting with the employees on FSM #5. He stated in that meeting that he would do anything he wanted and would violate the union contract. His supervisor under his command believe they could do the same. I believe this is a result from this statement and from his type of management.

13

ATTACHMENT ②

I REQUEST THAT ALL MY MEDICIAL BILLS BE PAID. AT THE TIME MS. HEMBRY HARRASS ME AND I WENT OUT ON STRESS, I HAD TO GO TO THE HOSPITAL. MR TUCKER TOOK ME TO THE HOSPITAL ON OCT 4, 2002 AND LEFT ME, CAUSING FURTHER STRESS. UPON ME.

59   From: JAMES A. HARPER
16000 DUSTY LANE
ACCOKEEK MD 20607



PLACE STICKER AT TOP OF ENVELOPE TO
OF THE RETURN ADDRESS. FOLD AT DOTT

**CERTIFIED MA**

7002 0510 0003 6728

RETURN RECEIPT
REQUESTED

To:

**Ready P o s t.**

D   C U M E N T   M A I L E R

| U.S. Postal Service | Case No. |
|---|---|
| **EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | **1K2010004-03** |

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

**Complainant**

| Name (Last, First, MI) | Social Security No. |
|---|---|
| HARPER, JAMES A. | 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 |

| Home Address (No., Street, City, State, ZIP + 4) | Work Address (Facility Name, No., Street, City, State, ZIP + 4) |
|---|---|
| 16000 DUSTY LANE<br><br>ACCOKEEK, MD 20607-9516 | SUBURBAN P & D PLANT<br>16501 SHADY GROVE ROAD<br><br>GAITHERSBURG, MD 20898-9998 |

| Home Telephone No.<br>(301) 292-8256 | Email Address | Office Telephone No.<br>(301) 670-6049 |
|---|---|---|

| Position Title<br>MAIL PROCESSOR | Grade Level<br>PS-05 | Tour<br>1 | Duty Hours<br>1030PM- |
|---|---|---|---|

| Off Days (For Tour I, record of nights)<br>SUN/MON | Is EEO Poster 72 on display in Complainant's facility?<br>☒ Yes, verified on date       ☐ No |
|---|---|

| Preference Eligible<br>☐ Yes  ☒ No | Mixed Case<br>☐ Yes  ☒ No | MSPB Appeal Filed?<br>☐ Yes  ☒ No  If Yes, Data Filed: |
|---|---|---|

**Chronology of Informal Process**

| Date of Incident | Date of Initial Contact with EEO Office<br>08/08/2002 | Date of Initial Interview<br>11/26/2002 |
|---|---|---|

| REDRESS™ Overview<br>☒ Yes  ☐ No | ADR Election Form Signed<br>☐ Yes  ☒ No | 60 Day Extension Form Signed<br>☐ Yes  ☒ No  If Yes, Expiration Date: |
|---|---|---|

| Date Complainant Signed or Received Notice of<br>Right to File  12/14/2002 | Date DRS Report Requested | Date DRS Report Submitted<br>01/27/2003 |
|---|---|---|

**Basis for Alleged Discrimination**

Check and Particularize Each that Applies

| | |
|---|---|
| ☐ 1. Race (Specify): | ☐ 6. Age (Specify Date of Birth): |
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☒ 4. Sex (Specify): MALE | ☒ 9. Retaliation (Specify Cited Prior EEO Activity): |
| ☐ 5. National Origin (Specify): | |

Discrimination Claim(s):

**Issue #1-** In September 2002, Supervisor Hemby accused counselee of not keeping his feeder loaded on the flat sorter. She continuously harasses coundelee because he is a male.

**Issue#2-** On October 4, 2002, counselee was issued a 7-day suspension for: failure to follow official instructions.

<div align="center">

EEO COMPLIANCE AND APPEALS
U. S. POSTAL SERVICE

JAN 2 9 2003

PROCESSING CENTER
CAPITAL METRO OPERATIONS

</div>

Requested Resolution
Counselee seeks to have al acting management officials returned to their regular positions and have all discipline removed from his records.

66

**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒  1.  I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒  2.  I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: **RAY ROBINSON** _____

Title: **APWU** _____    Telephone Number: ( ___ ) _____

Fax No: ( ___ ) _____    Email Address: _____

Mailing Address: _____

_____

☒  3.  I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ / DID NOT ____ waive anonymity.

☒  4.  I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐  5.  If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐  6.  If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐  7.  If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐  8.  If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS ____ / HAS NOT ____ been submitted.

☐  9.  If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒  10.  I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☒  11.  I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

_____

**Dispute Resolution Specialist's Inquiry**

Brief Summary of Inquiry (if applicable)

Issue #1- Counselee attended a mediation session and reached a settlement with this issue.   (see enclosed settlement)

Issue #2- Supervisor Faye Hemby stated that the suspension was issued to counselee because he had failed to follow instructions and had been disciplined for the same thing before.

**REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)**

| Date of mediation | Disposition | |
|---|---|---|
| December 3, 2002 | ☒ Resolved | ☒ Not Resolved |

**Summary of Final Interview**

Counselee was informed of her right to file a formal complaint and mailed PS Forms 2565 and 2579-A.

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| **CAPITAL DISTRICT EEO OFFICE**<br>**9201 EDGEWORTH DRIVE**<br>**CAPITOL HEIGHTS MD 20790-7606** | **OFFICE OF EEO COMPLIANCE & APPEALS**<br>**POST OFFICE BOX 1730**<br>**ASHBURN VA 20146-1730** |
| Specialist's Office Telephone No.<br>(301) 499-7364 | Specialist's Office Hours<br>8:00AM TO 5:00PM |
| Signature of EEO Dispute Resolution Specialist<br>*Houston Coleman* | Typed Name of EEO Dispute Resolution Specialist<br>**HOUSTON G. COLEMAN** | Date<br>01/27/2003 |

PS Form 2570, June 2001 (Page 3 of 3)

EQUAL EMPLOYMENT
OPPORTUNIT  FICE

OCT 0 2 2002

U.S. Postal Service CAPITOL HEIGHTS, MD 20790-7906

## Information for Pre-Complaint Counseling

| | Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|---|
| By (Initials) | Case No. | | | |

On _OCTOBER 2, 2002_ , you requested an appointment with a Dispute Resolution Specialist.
Month, Day, Year

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name (Last, First, MI) HARPER  JAMES | Social Security No. 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 | Home Telephone No. (301) 292 8256 |
|---|---|---|

Your Mailing Address
16000 DUSTY LANE  ACCOKEEK  MD 20607-9516

| Name of Postal Facility Where You Work GAITHERSBURG  P.O. | Office Telephone No. ( ) |
|---|---|

Address of Postal Facility
16851 SHADY GROVE RD  GAITHERSBURG  :MD   Email Address *

| Employment Status (Check One) ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career | Position Title MAIL PROCESSOR | Grade Level 5 H |
|---|---|---|

| Pay Location 195 | Tour 1 | Duty Hours 1030 PM  0700 AM | Off Days (If Tour I, Show Nights Off) SAT  SUN | Time in Current Position 14 Years 7 Months |
|---|---|---|---|---|

| Your Supervisor's Name Ms C BRYANT | Supervisor's Title ADMIN - SUPERVISOR | Supervisor's Telephone No. ( ) |
|---|---|---|

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Please be specific, i.e., Race - African American, Sex - Female.)
MY SUPERVISOR MS. FAYE HEMBLY IS SEXUALLY DISCRIMINATING AGAINST ME BECAUSE I AM A MAN. I AM TREATED DIFFERENTLY FROM ANY OTHER EMPLOYEE. SHE IS ALWAYS TREATING ME ABOUT MY WORK PERFORMANCE

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity.  Case No.: _____
   Month, Day, Year

2. On _____, I engaged in EEO activity.  Case No.: _____
   Month, Day, Year

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On _SEPT  30_ , 20_02_
   Month, Day  Year

SUPERVISOR HEMBLY STATES THAT I DO NOT KEEP MY FEEDER LOADED ON THE FLAT SORTER MACHINE. SHE STATES THAT OTHER EMPLOYEE KEEP THEIR FEEDER LOAD AT ALL TIME. THESE OTHER EMPLOYEES ARE WOMEN

**D. Comparisons**

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____
   (Name of Employee)                    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____
   _____

2. _____
   (Name of Employee)                    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____
   _____

3. _____
   (Name of Employee)                    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____
   _____

**E. Official(s) Responsible for Action(s)**

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name  MS. FAYE HEMBRY | b. Title  ACTING SUPERVISOR |
|---|---|
| c. Office  WDC PO GAITHERSBURG | d. Grade Level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

*Retaliation Allegations Only:* Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☐ Yes    ☐ No    If yes, explain how the official(s) became aware:

_____
_____
_____

**F. Resolution**

What are you seeking as a resolution to your pre-complaint?

_____
_____

**G. Grievance/MSPB Appeal**

On the incident that prompted you to seek EEO counseling, have you:

| 1. Filed a grievance on the issue? | ☐ No | ☑ Yes | If yes, 30 SEPT 2002 | 1 |
|---|---|---|---|---|
| | | | (Date) | (Current Step) |
| 2. Filed an MSPB appeal on this issue? | ☐ No | ☐ Yes | If yes, | |
| | | | (Date Appeal Filed) | |

PS Form 2564-A, March 2001 *(Page 2 of 3)*

10

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity? [✓] No   [ ] Yes

## I. Representation

You have the right to retain representation of your choice. (check one)

[ ] I waive the right to representation at this time.    [ ] I authorize the person listed below to represent me.

| Name of Representative | | Representative's Title | |
|---|---|---|---|
| RAY ROBINSON | | | |
| Organization     AP WU CRAFT DIRECTOR  WASH DC. | | Telephone Number ( ) | Email Address* |

Mailing Address (Street or P.P. Box, City, State and Zip +4)

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required b the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if like or related to a formal complaint that I have already filed*, or *if the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.)* In completing this PS Form 2564-A, *Information for Pre-complaint Counseling,* I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here

JAMES   A   HARPER

| Your Signature | Date signed |
|---|---|
| | 2 OCT 2002 |

Please return this form to:

**EEO OFFICE**
**CAPITAL DISTRICT**
**9201 EDGEWORTH DRIVE**
**CAPITOL HEIGHTS MD 20790-7606**

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

OCT 0 2 2002

*HB HDeer*

CAPITOL HEIGHTS, MD 20790-7905

2 OCT 2002

I James A. Harper Request EEO Counseling
As Soon As Possible

Thank You

*James C. Harper*

92



**UNITED STATES POSTAL SERVICE ®**

**Certification of Receipt — Publication 133**

**Privacy Act Notice**

Privacy Act Notice. The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**Certification of Receipt — Publication 133**

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

Signature of Recipient _____

Date | 2OCT 2002

Note: Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling*.

**Certification of Service — Publication 133**

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO*,

was mailed to _____

via Certified Mail No. _____

*or* delivered by hand to _____

Signature of Server _____ Date

PS Form 2563-A, March 2001

*13*

U.S. Postal Service
## Agreement to Participate in REDRESS™, an Alternate Dispute Resolution Process

| Case No. | |
|---|---|
| Date Initiated | |

I, ___JAMES A HARPER_____, have been advised that, in accordance with 29 C.F.R. §1614.105(f), I have the option of participating in mediation instead of the counseling process. The EEO complaints processing office has given me information about the mediation procedure, and I voluntarily agree to participate in REDRESS™ mediation during the pre-complaint processing period. I am aware that REDRESS™ mediation sessions are confidential, and that resolutions reached during the procedure are handled in the same manner as are resolutions reached during the counseling process. In signing this agreement, I acknowledge that the pre-complaint processing period will be 90 calendar days. If the matter that I brought to the dispute resolution specialist's attention has not been resolved before the 90th day, I have the right to file a formal complaint at any time thereafter up to 15 calendar days after receiving my notice of right to file a discrimination complaint.

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Counselee | Date |
|---|---|
| | 20 OCT 2002 |

PS Form 2567-B, March 2001

U.S. POSTAL SERVICE

# REPORT OF HAZARD, UNSAFE CONDITION OR PRACTICE

Hazard Control Number (Assigned by Safety Office) ____ ____ ____ ____ ____

## I. Employee's Action

Area (Specify Work Location): FSM #5 SUPERVISOR HEMBRY INSTRUCTED ME TO FILL IT OUT ON MY LUNCH

Describe Hazard, Unsafe Condition or Practice. Recommended Corrective Action.

SUPERVISOR HEMBRY AGGRESSIVE MANNER AND ATTITUDE. MS HEMBRY IS HARRASSING ME AND IS CAUSING UNDUE STRESS MAKING MY WORK AREA UNSAFE. I RECOMMEND MS HEMBRY TAKE A ANGER MANAGEMENT COURSE

| Employee | Signature: James A. Glaize [signature] | Date and Tour: TOUR 1 1 OCT 2002 |
|---|---|---|

## II. Supervisor's Action

Recommend or Describe Specific Action Taken to Eliminate the Hazard, Unsafe Condition or Practice. (If Corrective Action Has Been Taken, Indicate the Date of Abatement.)

[illegible] ... repeatedly ... [illegible] ... instruction ... [illegible] ... work habits. [illegible] ... [illegible] ... [illegible] ... given.

| Supervisor | Signature: Fay Hembry [signature] | Date: 10-01-02 |
|---|---|---|

## III. Approving Official's Action

(Check One and Complete)

| | |
|---|---|
| | The Following Corrective Action was Taken to Eliminate the Hazard, Unsafe Condition or Practice *(Indicate Date of Abatement)*: |
| | A Work Order Has Been Submitted to the Manager, Plant Maintenance, to Effect the Following Change: |
| | There Are No Reasonable Grounds to Determine Such a Hazard Exists. This Decision is Based Upon: |

| Approving Official | Signature | Date | Date Employee Notified |
|---|---|---|---|

## IV. Maintenance Action *(Complete If Necessary)*

| Maintenance Supervisor | Signature | Date | Date Hazard Abated |
|---|---|---|---|

75

PS Form 1767, Dec. 1982 WHITE – Local Safety Office *(After Abatement)* YELLOW – Approving Official PINK – Local Safety Office *(Initial Notice)* BLUE – Employee

EEO Dispute Resolution Specialist
CAPITAL DISTRICT

 **UNITED STATES**
**POSTAL SERVICE**

December 13, 2002

Cert. 7001 1140 0000 1922 7285

JAMES A. HARPER
16000 DUSTY LANE
ACCOKEEK, MD  20607-9516

This letter is in reference to your 10/02/02, request for EEO Counseling, Case No.
1K2010004-03.

Your mediation session held on December 3, 2002, resulted in a partial settlement. You
have the right to file a formal EEO complaint, if you desire to proceed with the administrative
processing of your EEO complaint.

If you elect to pursue this complaint, enclosed are PS Forms 2579A (Notice of Right to File),
and 2565 (EEO Complaint of Discrimination in the Postal Service) for your completion and
return to the Office of EEO Compliance and Appeals within fifteen (15) calendar days after
receiving this letter.  Please follow instructions carefully on both forms.

This correspondence is being sent by certified mail only.  If you have any questions
concerning this matter, I may be reached on (301) 499-7608.

Houston G. Coleman
Dispute Resolution Specialist

Enclosures

9201 Edgeworth Drive
Capitol Heights MD 20790-7606
(301) 499-7366

76

certified # 7001 1140 0000 1522 7285

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| HARPER JAMES A | 1K2010004-03 |

This notice will attest to the fact that on _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

OFFICE OF EEO COMPLIANCE & APPEALS
CAPITAL METRO OPERATIONS
P.O. BOX 1730
ASHBURN        VA    20146-1730

EEO COMPLIANCE AND APPEALS
U. S. POSTAL SERVICE

JAN - 8 2003

PROCESSING CENTER
CAPITAL METRO OPERATIONS

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

-- If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

-- You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

-- If you allege disability discrimination, the alleged disability must be more than a temporary condition.

-- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

-- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

-- If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

---

## Privacy Act Notice / USPS Standards of Conduct

**Privacy Act Notice.** The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C. sections 621 et seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**USPS Standards of Conduct.** Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| James A. Staar | 12/29/02 | Hanston Cole | 12/13/02 |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

TransFORM PS Form 2579-A, December 1995

77

Certified # 7001 11-0 0000 1922 7285

U.S. Postal Service

# Allegations of Discrimination Based on Age

The Age Discrimination in Employment Act of 1967 (ADEA) prohibits discrimination in employment on the basis of age (40 years or older). The ADEA allows persons claiming age discrimination to go directly to court without going through an agency's administrative complaint procedures. The following information is being provided to you to explain the procedures concerning age discrimination.

If your complaint alleges age discrimination, you may bypass the administrative complaint process by electing not to file a formal complaint and instead filing a civil action in an appropriate U.S. district court. Prerequisite to filing suit in U.S. district court, you must file a notice of intent to sue with the Office of Federal Operations, Equal Employment Opportunity Commission, in which you give the EEOC not less than 30 calendar days written notice of your intent to file such an action.

Notices of intent to sue must be mailed to the EEOC at the following address:

> FEDERAL SECTOR PROGRAMS
> OFFICE OF FEDERAL OPERATIONS
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> PO BOX 19848
> WASHINGTON DC 20036-9848

hand delivered to:

> FEDERAL SECTOR PROGRAMS
> OFFICE OF FEDERAL OPERATIONS
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> 1801 L ST NW
> WASHINGTON DC 20507

or facsimile to:

> 202-663-7022.

The notice of intent to sue should be dated and must contain the following information:

(1) Statement of intent to file a civil action under section 15(d) of the Age Discrimination in Employment Act of 1967, as amended;
(2) Name, address, and telephone number of the employee or applicant;
(3) Name, address, and telephone number of the complainant's designated representative, if any;
(4) Name and location of the Postal facility where the alleged discriminatory action occurred;
(5) Date on which the alleged discriminatory action occurred;
(6) Statement of the nature of the alleged discriminatory action(s); and
(7) Signature of the complainant or the complainant's representative.

If, however, you choose to file a formal, administrative complaint, you must exhaust administrative remedies before proceeding to court. 29 C.F.R. §1614 provides that a complainant exhausts administrative remedies under the ADEA either: (1) 180 days after filing a complaint, if the Postal Service has not issued a decision and an appeal has not been taken; (2) after a final decision by the Postal Service; (3) 180 days after filing an appeal with the EEOC, if the EEOC has not issued a decision; or (4) after the EEOC issues a decision on appeal.

| Signature of Complainant | Date | Signature of Counselor |
|---|---|---|
| | | |

Direct Query - Intranet - "Qu      Search                                    Page 1 of 1



| Track/Confirm - Intranet Item Inquiry - Domestic |
|---|

| Item: 7001 1140 0000 1922 7285 |  |  |  |
|---|---|---|---|
| Destination | ZIP Code: 20607 | City: ACCOKEEK | State: MD |
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location |
|---|---|---|---|
| DELIVERED | 12/14/2002 | 13:54 | ACCOKEEK MD 20607 |

Request Delivery Record

View Delivery Signature and Address

---

Enter Request Type and Item Number:

Quick Search ⊙      Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[                    ] Submit

Inquire on **multiple items.**

Go to the Product Tracking System **Home Page.**

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |

Postmark Here

GNAL 10-13-02

Tot.
Sent To    MR JAMES A HARPER
Street      16000 DUSTY LANE
or P.       ACCOKEEK MD 20607-9516
City,

7001 1140 0000 1922 7285

PS Form 3800, January 2001          See Reverse for Instructions

79



| Track/Confirm - Intranet Item Inquiry |
|---|
| Item Number: 7001 1140 0000 1922 7285 |

**This item was delivered on 12/14/2002 at 13:54.**



**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[                    ] Submit

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

80