Exhibit 1, Part 3

**EQUAL EMPLOYMENT OPPORTUNITY OFFICE**

**U.S. Postal Service**

OCT 31 2002

**Information for Pre-Complaint Counseling**

| Certified Mail No. | Date Mail | or Hand Delivered On |
|---|---|---|
| (By/Initials) | | Case No. |

On ___10|31|02___ , you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important: Please Read.** You should complete this form and return it to the EEO office *within 10 calendar days of receipt.* This the only notification that you will receive regarding the necessity for you to complete this form.

## A. Requester Information

| Name (Last, First, MI) | Social Security No. | Home Telephone No. |
|---|---|---|
| HARPER  JAMES  A | 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 | (301) 292 8256 |

Your Mailing Address
16000 DUSTY LANE  ACCOKEEK  MD  20607-9516

Name of Postal Facility Where You Work | Office Telephone No.
WASHINGTON D.C. P&DC  (GAITHERSBURG) | ( )

Address of Postal Facility
16901 SHADY GROVE RD  GAITHERSBURG MD 25-883 | Email Address

| Employment Status (Check One) | Position Title | Grade Level |
|---|---|---|
| ☐ Applicant  ☐ Casual  ☐ TE  ☑ Career | MAIL PROCESSER | 5 H |

| Pay Location | Tour | Duty Hours | Off Days (If Tour I, Show Nights Off) | Time in Current Position |
|---|---|---|---|---|
| 195 | ONE | 1030PM  0700AM | SAT SUN | 14 Years  7 Months |

| Your Supervisor's Name | Supervisor's Title | Supervisor's Telephone No. |
|---|---|---|
| MRS C BRYANT | ACTING ADMIN SUPERVISOR | ( ) |

* Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

## B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation* (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? (Please be specific, i.e., Race - African American, Sex - Female.)

MRS HUMBLEY, MR TUCKER, AND MS VICK ALONG WITH MR CONNIE BROWN RETALIATED AGAINST ME. I FILED AN EEO ON OCT 2, 2002 AND TALK WITH MR HANEY ABOUT MY PROBLEM AT WORK. MY SUPERVISOR AND MANAGERS RETALIATED

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On OCT 2 2002 , I engaged in EEO activity.  Case No.: ___
   *Month, Day, Year*

2. On ___ , I engaged in EEO activity.  Case No.: ___
   *Month, Day, Year*

## C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On 4 OCT , 20 02
*Month, Day*     *Year*

AFTER TALKING TO MR HANEY ON OCT 2002 ABOUT THE WAY I WAS BEING TREATED AT SUBURBAN POST OFFICE. MRS HUMBERY GAVE ME A 7 DAY SUSPENSION, BASE ON A LETTER OF WARNING THAT MR BROWN GAVE ME IN JULY 2002. MR TUCKER (ACTING) SERVICE MANAGER KNEW THAT THE LETTER OF WARNING WAS RESEND DID AND DID NOTHING ABOUT IT. ALSO IN A MEETING ON 23 SEPT 2002 MR TUCKER SAID THAT HE WOULD VIOLATE THE CONTRACT 81 BETWEEN POST OFFICE AND UNION TO GET WHAT HE WANTED

PS Form 2564-A, March 2001 (Page 1 of 3)

83

Section Q.

Con't

Done. He stated that if and when the time came for him to pay the penalty that he would. He also told his supervisors to do the same. Ms. Vice (acting manager) knew that Mrs. Hemsley (acting supervisor) action are wrong but let her continue to harass me and cause undue stress. Mr. Brown (acting manager) issue me the letter of warning such as such because he was angry with me. After giving the letter, it was rescinded. As part of his job he was suppose to had the letter remove from my file, because he did not Mrs. Hemsley took the information from the letter, to falsely accuse me.

## D. Comparisons

Explain why, based on the factors you cited in Section 9, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____        _____
   (Name of Employee)                         Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____

   _____

2. _____        _____
   (Name of Employee)                         Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____

   _____

3. _____        _____
   (Name of Employee)                         Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

   was treated differently than I when: _____

   _____

   _____

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name MR MELVIN TUCKER | b. Title SENIOR MANAGER (ACTING) SMDO |
|---|---|
| c. Office WDC SENIOR PHX. SUBURBAN PO | d. Grade Level |
| 2a. Name Ms ELLA VICK | b. Title MANAGER (ACTING) MDO |
| c. Office WDC PHDC. SUBURBAN PO | d. Grade Level |

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☑ Yes   ☐ No    If yes, explain how the official(s) became aware:

*EE Harreld*

IN A MEETING ~~L7 SEPT~~ 2002 I TOLD MR TUCKER MS VICK THAT IF THE COULD NOT HELP ME WITH THE HARASSMENT THE I WOULD SEEK EEO. ALSO I TOLD MR ITANEY ON 20CT THAT I HAD FILED

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

THAT ALL IN A ACTING POSITION BE RETURN TO THEIR NORMAL POSITION AND THAT ALL ABOVE MENTION BE REMOVE FROM MY ADMINISTRATIVE CHAIN OF COMMAND. AND ALL ACTION AGAINST ME BE REMOVED.

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?     ☐ No   ☐ Yes   If yes, _____ _____
                                                                (Date)        (Current Step)

2. Filed an MSPB appeal on this issue?   ☑ No   ☐ Yes   If yes, _____
                                                                 (Date Appeal Filed)

83

SECTION E
OFFICIAL(S) RESPONSIBLE FOR ACTION(S)

MRS FAYE HEMBRY    SUPERVISOR (ACTING) FSM

MR CONNIE BROWN    MANAGER (ACTING) MDO

84

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?  [✓] No    [ ] Yes

## I. Representation

You have the right to retain representation of your choice. *(check one)*

[ ] I waive the right to representation at this time.    [✓] I authorize the person listed below to represent me.

| Name of Representative | Representative's Title |
|---|---|
| RAY ROBINSON | |

| Organization | Telephone Number | Email Address |
|---|---|---|
| APWU CRAFT DIRECTOR (WASH DC) | (  ) | |

Mailing Address *(Street or P.P. Box, City, State and Zip +4)*

16501 SHADY GROVE RD GAITHERSBURG MD 20898

• Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required b the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling*, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here

JAMES A. HARPER

| Your Signature | Date signed |
|---|---|
| James A. Harper | 31 OCT 2000 |

**Please return this form to:**

EEO OFFICE
CAPITAL DISTRICT
9201 EDGEWORTH DRIVE
CAPITOL HEIGHTS MD 20790-7606

85

STEP 1 RESOLUTION

GRIEVANCE NUMBER __9Q-31-09__

GRIEVANT'S NAME __Harper, Jame__

UNION REPRESENTATIVE __Ray H. Robinson__

MANAGEMENT REPRESENTATIVE __Tocunion__

DATE __12/11/02__

As a full and final settlement to this matter, the parties mutually agree to the following:

The grievant will be paid 1 hour at the overtime rate.

_____        _____
UNION REPRESENTATIVE                MANAGEMENT REPRESENTATIVE

86

STEP 1 RESOLUTION

GRIEVANCE NUMBER  RAM/276(02)

GRIEVANT'S NAME  Harpin

UNION REPRESENTATIVE  Natham Robinson

MANAGEMENT REPRESENTATIVE  Brown

DATE  12/17/02

As a full and final settlement to this matter, the parties mutually agree to the following:

The Senion Clerk on Automation Set, one Johnnie Williford will be paid 2 hours at the overtime rate Because the cited action 2048 Member was performing clerical duties.

12/21/02

_____
UNION REPRESENTATIVE

_____
MANAGEMENT REPRESENTATIVE

87

GRIEVANCE RESOLUTION

CASE RAR/JQ/23/02

ON THE DATE OF 9/15/02 THE UNION FILED A GRIEVANCE THAT THE CITED
SUPERVISOR HEMBRY WAS CITED FOR PERFORMING THE DUTIES OF A CLERK.

WE AGREE TO THE FOLLOWING RESOLUTION.

THE SENIOR CLERK ON THE AUTOMATION SET ONE LIST WILL BE PAID 3 HOURS
AT THE STRAIGHT TIME RATE.

The senior clerk is johnnie williams

_____          _____
APWU REPRESENTATIVE                        USPS REPRESENTATIVE

12/10/02                                   12/10/02
_____          _____
DATE                                       DATE

U.S. Postal Service

## Agreement to Participate in REDRESS™, an Alternate Dispute Resolution Process

| Case No. |
| --- |
| Date Initiated |
| 10-31-02 |

I, _James Harper_, have been advised that, in accordance with 29 C.F.R. §1614.105(f), I have the option of participating in mediation instead of the counseling process. The EEO complaints processing office has given me information about the mediation procedure, and I voluntarily agree to participate in REDRESS™ mediation during the pre-complaint processing period. I am aware that REDRESS™ mediation sessions are confidential, and that resolutions reached during the procedure are handled in the same manner as are resolutions reached during the counseling process. In signing this agreement, I acknowledge that the pre-complaint processing period will be 90 calendar days. If the matter that I brought to the dispute resolution specialist's attention has not been resolved before the 90th day, I have the right to file a formal complaint at any time thereafter up to 15 calendar days after receiving my notice of right to file a discrimination complaint.

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Counselee | Date |
| --- | --- |
| | 31 OCT 2002 |

PS Form **2567-B**, March 2001


**UNITED STATES**
**POSTAL SERVICE** ®

**Certification of Receipt — Publication 133**

**Privacy Act Notice**

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjucicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

**Certification of Receipt — Publication 133**

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO*, to keep for my personal records.

| Signature of Recipient | Date |
|---|---|
| *[signature]* | 31 OCT 2002 |

Note: Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling*.

**Certification of Service — Publication 133**

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO*,

was mailed to _____

via Certified Mail No. _____

or delivered by hand to    *James Harper*

| Signature of Server | Date |
|---|---|
| M. A. Johnson | 10-31-02 |

PS Form 2563-A, March 2001

90

Case No.

**U.S. Postal Service**

## Agreement to Extend 30-Day EEO Counseling Process

Date of Contact

10|31|02

I, _____James Harper_____, in accordance with 29 C.F.R.
§1614.105(e), hereby agree to postpone the final interview and to extend the informal counseling process for a
period up to 60 additional days. In signing this agreement, I understand that I retain my right to file a formal
complaint if the matter(s) which I raised during counseling is not resolved within 90 calendar days from the date of
my first contact with the EEO Office, and at any time thereafter up to 15 calendar days after my receiving my notice
of right to file a discrimination complaint.

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a

congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Signature of Counselee

Date

PS Form **2567-A**, March 2001

EQUAL EMP.     .IENT
OPPORTUNITY OFFICE

OCT 3 1 2002          31 OCT 2002

CAPITOL HEIGHTS, MD 20790-7606

I JAMES A. HARPER REQUEST EEO COUNSELING

James A. Harper
JAMES A. HARPER
PL AF
W DC- PADC

42

# Shady Grove Adventist Hospital Emergency Department
## 9901 Medical Center Drive, Rockville, MD 20850
### (301) 279-6053

### Take-Home Instructions for the Patient

Patient's Name: Harper, James A
Medical Record Number: 0734193
Diagnosis: Chest Pain - unspecified

Date: 10/04/2002
Medical Provider: McGreivy, Martin (Thai)
PA-C:
Primary Care Provider: Unassigned,

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only are not intended to be a substitute for or an effort to provide complete medical service.  It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by the Radiologist.

**Please contact your Primary Care Physician before calling any referral physician.** This is a requirement of most managed care plans and helps to coordinate your overall healthcare.

Referral:
Private, MD - in 3-5 Days

Sofat, MD, Sameer - (240) 876-9488 in 2 Weeks
9715 Medical Center Drive530, Rockville, MD  20850

*************************************************************************
your nuclear stress test was normal. These symptoms may be due to  stress/depression and you should follow up with your regular doctor for  this in the next few days. Return immediately for thoughts of harming  yourself or others
*************************************************************************

When you call for an appointment, say that you were referred from this Emergency Department.

If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

## PLEASE TAKE THIS WITH YOU WHEN YOU SEE DOCTOR LISTED ABOVE

Patient: Harper, James A                    Page 1 of 5                    Friday - October 04, 2002 - 11:41

Shady Grove Adventist Hospital Emergency Department

93

DEPARTMENT OF EMERGENCY MEDICINE

☐ Catta, Michael, MD
☐ Dooley, William, MD
☐ Falcone, Angelo, MD
☐ Freedman, Scott, MD
☐ Gamma, Bret, MD
☐ Klein, David, MD
☐ Robinson, Bertha, MD
☐ LaJola, Julia, MD
☐ Le, Duc, MD
☐ McGinley, Martin, M.

**ADVENTIST HEALTHCARE**

**339421**

☐ Mitchell, Leslie, MD
☐ Orenstein, Julian, MD
☐ Panizch, Criss, MD
☐ Stinson, Rebecca, MD
☐ Swaine, Sarel, MD
☐ Sherrill, Deborah, MD
☐ Srour, David G., MD
☐ Wenk, Jonathan, MD

21937792 NO DOCTOR INFORMATIO
HARPER, JAMES A
10/04/02  M  41  11/07/60    ERD
M/R #    0734193              SGAH

Name _____ Date _____

Address _____ R # _____

Off work 10/4 + 10/5. May
Return without restrictions.

_____ M.D.

Label as to Contents

NO REFILLS                    Reg. No. _____

7210-106 (4/02)

# Shady Grove Adventist Hospital Emergency Department
## 9901 Medical Center Drive, Rockville, MD 20850
### (301) 279-6053

### Nonspecific Chest Pain

Your exam has not identified a specific cause for your chest pain. This type of pain, however, is not usually due to serious heart or lung problems. Most often chest pain of this nature is caused by minor injuries, muscle strains, or inflammation of the chest wall tissues.

Get plenty of rest for the next few days and avoid any activity that brings on the pain. Please do not smoke or drink alcohol until all your symptoms are completely better. Please call your doctor for routine follow-up as advised. You must see your doctor or go to the emergency room right away, however, if you have:

- Increased pain, or pain that radiates to the arm, neck, or abdomen.
- Shortness of breath, increasing cough, or coughing up blood.
- Severe weakness, fainting, fever, or chills.
- Severe abdominal pain, nausea, or vomiting.

### Nonspecific Headache

Your exam shows your headache does not have any specific cause. Headaches are caused by many different things including stress, tension, infections, and high blood pressure. Rarely headaches may be due to bleeding and tumors in the brain. Although your headache does not seem to have a serious cause, it is very important that you see your doctor for further evaluation if it is severe or does not get better in 1-2 days.

Headache treatment includes medicines for pain like ibuprofen. Rest, cold or hot packs on painful areas of the head and neck, and massage of the sore muscles may help. Call your doctor or return here right away if you have any of the following symptoms:

- A high fever, chills, or repeated vomiting.
- Passing out, difficulty with vision, unusual numbness or weakness.
- Severe pain despite medicine, confusion, or stiffness in the neck.

### Anxiety And Stress Reactions

Your exam shows that an important part of your present problem is from anxiety and emotional distress. Emotional upsets can cause many different physical symptoms. These include chest or stomach pain, fluttering heartbeat, passing out, breathing difficulty, and headaches. Other symptoms can be trembling, hot or cold flashes, numbness, dizziness, unusual muscle pain or fatigue, and insomnia. When you have other medical problems, your symptoms are often made worse by anxiety and stress. Anxiety causes people to feel upset and fearful.

95

# Shady Grove Adventist Hospital Emergency Department
## 9901 Medical Center Drive, Rockville, MD 20850
### (301) 279-6053

Most people are unaware of the amount of anxiety in their lives and how this affects their health. Finding ways to reduce your stress will reduce your anxiety symptoms and make you feel much better. Getting regular physical exercise such as walking can be very beneficial.  Counselling or medicine to treat anxiety or depression may also be needed.  Please see your doctor if you have further problems or questions about your condition.

### Depression

Your exam shows that your present problem is related to mental depression. Although depression is very common, it is sometimes hard to recognize. Symptoms of depression may include feeling unhappy or worthless, chronic tiredness, self-destructive thoughts and actions, trouble getting to sleep or sleeping too much.  Headaches, anxiety, unexplained physical complaints, and substance abuse are also common.

Depression interferes with your basic ability to function in life. It upsets your relationships as well as your sleeping, eating, and working habits. When you're depressed, you don't have enough energy to solve all your problems. Depression usually gets better with treatment. This can include medication, counselling, and changes in your diet, exercise habits, and drug use. Talking about your problems with close friends or mental health professionals is very helpful. Be sure to arrange for follow-up care as suggested by our staff.

Patient: Harper, James A                 Page 3 of 5                 Friday - October 04, 2002 - 11:41

Shady Grove Adventist Hospital Emergency Department

96

# Shady Grove Adventist Hospital Emergency Department
## 9901 Medical Center Drive, Rockville, MD 20850
### (301) 279-6053

## Nonspecific Chest Pain

Your exam has not identified a specific cause for your chest pain. This type of pain, however, is not usually due to serious heart or lung problems. Most often chest pain of this nature is caused by minor injuries, muscle strains, or inflammation of the chest wall tissues.

Get plenty of rest for the next few days and avoid any activity that brings on the pain. Please do not smoke or drink alcohol until all your symptoms are completely better. Please call your doctor for routine follow-up as advised. You must see your doctor or go to the emergency room right away, however, if you have:

- Increased pain, or pain that radiates to the arm, neck, or abdomen.
- Shortness of breath, increasing cough, or coughing up blood.
- Severe weakness, fainting, fever, or chills.
- Severe abdominal pain, nausea, or vomiting.

## Nonspecific Headache

Your exam shows your headache does not have any specific cause. Headaches are caused by many different things including stress, tension, infections, and high blood pressure. Rarely headaches may be due to bleeding and tumors in the brain. Although your headache does not seem to have a serious cause, it is very important that you see your doctor for further evaluation if it is severe or does not get better in 1-2 days.

Headache treatment includes medicines for pain like ibuprofen. Rest, cold or hot packs on painful areas of the head and neck, and massage of the sore muscles may help. Call your doctor or return here right away if you have any of the following symptoms:

- A high fever, chills, or repeated vomiting.
- Passing out, difficulty with vision, unusual numbness or weakness.
- Severe pain despite medicine, confusion, or stiffness in the neck.

## Anxiety And Stress Reactions

Your exam shows that an important part of your present problem is from anxiety and emotional distress. Emotional upsets can cause many different physical symptoms. These include chest or stomach pain, fluttering heartbeat, passing out, breathing difficulty, and headaches. Other symptoms can be trembling, hot or cold flashes, numbness, dizziness, unusual muscle pain or fatigue, and insomnia. When you have other medical problems, your symptoms are often made worse by anxiety and stress. Anxiety causes people to feel upset and fearful.

Patient: Harper, James A                    Page 2 of 5                    Friday - October 04, 2002 - 11:41

Shady Grove Adventist Hospital Emergency Department

97

SUBURBAN MARYLAND
PROCESSING & DISTRIBUTION CENTER

 **UNITED STATES**
**POSTAL SERVICE**

Date:      **October 4, 2002**

Subject:   Notice of Suspension of 14 Days or Less
           Attendance

To:        **James Harper**          SSN: **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**
           **Clerk (Full-Time), PL-199**
           Suburban, Maryland (assigned)

You are hereby notified that you will be suspended for a period of Seven (7) Days.  The
reason for the suspension is:

           Charge No. 1:  **Failure to Follow Official Instructions**

On October 1, 2002 at approximately 2:20 a.m., you were observed by me standing in
the work area and not performing your duties.  You were assigned to work on Feeder 3
at that time, and there was mail available to you.  I walked over to you and instructed you
to load your ledge.  At approximately 3:30 a.m., I observed you sitting at the desk filling
out a form 1767.  I instructed you again to go to your assignment and load the mail.  You
stated to me that you were filling out a 1767 form.  I informed you that you would have to
fill that form out on your break or lunch time.  Again, I emphasized to you the need for
you to go to work.  I asked you whether or not there was an immediate hazard or safety
concern in the area in which you were assigned (Feeder 3) and you replied "No."  You
advised me that you would go to your assignment but would note on the 1767 that I had
not allowed you time to fill it out. -You continued disregard of official instructions to be
gainfully employed is unacceptable and will not be tolerated.

In addition, the following elements of your past record have been considered in arriving
at this decision:

**07-26-02**      You were issued a Letter of Warning for Failure to Follow Official
               Instructions

***Article 16.4 of the collective Bargaining Agreement has been revised in order to
delay the effective date of suspensions.  Under the following situations you will
be suspended after ten (10) calendar days:***

98

*page 2*

**Harper, James**
Suspension (7-Day)
continued

o    *If no timely grievance is filed at Step 1, you will be suspended ten (10)
     calendar days from the expiration of the Step 1 time limits.*

o    *When the parties agree that you will serve all or part of the suspension,
     you will be given (10) calendar days from the date of settlement.*

o    *When the union does not grieve the suspension to the next level, you
     will be suspended ten (10) calendar days from the expiration of the
     relevant time limits for appeal.*

o    *When a suspension is upheld by an arbitrator (in part or whole) you will
     be suspended ten (10) days from the date the local parties receive the
     arbitration award.*

You have a right to file a grievance under the Grievance/Arbitration procedure set forth
in Article 15 of the National Agreement within fourteen (14) days of your receipt of this
letter.

*Faye Henbry*                                                      10/4/02
_____        _____
Linda A. Vincent, Supervisor, Distribution Operations (Tour 1)        Date


_____
(Concurring Official) Ella D. Vick, Manager, Distribution Operations (Tour 1)    Date


Received by:  *Refuse*                                    Date: _____

*Employee refused to sign*
        *Witness*  *10/4/02*
                  *4:57 Am*

99

GRIEVANCE RESOLUTION

Charper James

MAMI149/02

On The Date of 7/26/02 the Grievant
WAS issued A Letter of WARNING For
work performance

IN ORDER TO RESOLVE THE CASE LISTED ABOVE WE MUTUALLY AGREE TO THE
FOLLOWING: The Letter of WARNing For work
performance Dated. 7/26/02 will Be removed
AND Rescinded From All records immediatly
AND changed To An Official Discussion.

APWU REPRESENTATIVE

DATE  8/3/02

USPS REPRESENTATIVE

DATE  8/4/02

100

```
A0956                      EMPLOYEE PROFILE                      PDAM0565
                        FORM 7 REFERENCE DISPLAY

EMPLOYEE: 579 84 4838 HARPER, JAMES A

  ADDRESS: 16000 DUSTY LN
          :                                 BIRTH: 60 11 07
          :                        ENTERED ON DUTY: 88 03 12
     CITY: ACCOKEEK                RETIREMENT COMP: 88 03 12
    STATE: MD  ZIP: 20607 - 9516   SEPARATION DATE:

INSTALLATION: TB06  WASHINGTON DC PROC/DIST CTR      DC

 INST  JOB                  POSITION   RSC      BASE     PLACEMENT SALARY
 ID    SLOT    JOB TITLE      TYPE    LVL/STEP  SALARY    BEG DATE BEG DATE
 ----  ------- ------------- --------- -------- --------- -------- --------
 TB06 4144537 MAIL PROCESSI FULL TIME P  05  O   41,991.00 02 03 23  02 09 07

 JOB PAY LOCATION: 195   AWU: TB06 0211 AUTOMATION OPER. UNIT TOUR-1

                  **********************************
                  **  USPS  RESTRICTED INFORMATION  **
                  **********************************
 DC900112 DISPLAY OF FORM 7 INFORMATION IS COMPLETE.
```

101

```
A0956                    EMPLOYEE PROFILE                    PDAM0565
                    FORM 7 REFERENCE DISPLAY
```

EMPLOYEE: 579 84 4838 HARPER, JAMES A

```
 ADDRESS: 16000 DUSTY LN
         :                                    BIRTH: 60 11 07
         :                          ENTERED ON DUTY: 88 03 12
    CITY: ACCOKEEK                  RETIREMENT COMP: 88 03 12
   STATE: MD  ZIP: 20607 - 9516    SEPARATION DATE:
```

INSTALLATION: TB06  WASHINGTON DC PROC/DIST CTR     DC

| INST ID | JOB SLOT | JOB TITLE | POSITION TYPE | RSC LVL/STEP | BASE SALARY | PLACEMENT BEG DATE | SALARY BEG DATE |
|------|------|-------------|-----------|--------|-----------|----------|----------|
| TB06 | 4144537 | MAIL PROCESSI | FULL TIME | P  05  0 | 41,991.00 | 02 03 23 | 02 09 07 |

JOB PAY LOCATION: 195    AWU: TB06 0211 AUTOMATION OPER. UNIT TOUR-1

```
            ************************************
            **  USPS  RESTRICTED INFORMATION  **
            ************************************
DC900112 DISPLAY OF FORM 7 INFORMATION IS COMPLETE.
```

102

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

DEC - 4 2002
HD MJ
CAPITOL HEIGHTS, MD 20790-7606

Dec 4, 2002

To. Ms. Rose Carter-Melson
Manager, EEO


Ms. Carter-Melson

My name is James A. Harper. I filed a EEO complaint on October 2, 2002. I also filed (to my understanding) an other one on October 31, 2002. I was not told that both complaints would be put into one case. This is my first time filing a EEO. On Dec 3, 2002 at my redress I assume the mediation was about the October 2, complaint only. At the end of the meeting is when I learned that it was both complaints together. I settled for the issues that I file on the 2nd of October only. I would like to have a formal EEO on the problem I have that led me back to EEO on the 31 of October. Please help me address this problem that I have. I am willing to file any appeals that is needed to have my file continued. In my Redress, it is stated that I agree to settle on the Oct 2, issue only

THANK YOU
James A Harper
Automation Clerk
WJCPO

P.S.
Attached is a copy of my settlement.

103

Date: 12 / 3 / 2002
Mediator Case No.: 03-CMA-1087-011
USPS EEO Case No.: 1K-201-0009-03
District: Capital Metro   4 195

**UNITED STATES**
**POSTAL SERVICE**

## SETTLEMENT AGREEMENT FORM

## IN THE MATTER OF MEDIATION BETWEEN

Counselee: Janice Harper

Management Official: FAYE HENBRY + MELVIN TUCKER.

Any alleged breach arising out of the implementation of or compliance with this settlement agreement must be reported in writing to the EEO Office within 30 days of the alleged breach.

THIS AGREEMENT DOES/DOES NOT NEED TO BE APPROVED BY_____ (e.g., union official, management official, labor relations, etc.).

## AGREEMENT

As a complete and final settlement of the subject matter, and without prejudice to the position of the parties in any other case, and with the understanding that it will not be cited in other proceedings, the parties have entered into the following resolution. It is mutually agreed between the parties that this matter be resolved as follows:

1) Ms. Faye Henbry, along with other Supervisors under Mr. Melvin Tucker's leadership, shall receive communication skills and sensitivity training to carry out the mission of the postal service and interact with employees supervised.

2) Mr. Harper agrees to continue working to the best of his ability in the execution of his duties as a postal worker.

3) Ms. Tucker agrees to speak with Ms. Vicki regarding her investigation of Mr. Harper's complaint. The purpose of this inquiry is to determine the purpose of the investigation and how she arrived at her conclusion.

4) Mr. Harper and Ms. Henbry agree to work toward improving the nature of their relationship. To this end, Ms. Henbry will be sensitive to her tone and the manner in which it is perceived. Mr. Harper agrees to work on limiting or monitoring his sensitivity to Ms. Henbry's tone because it is not intentional.

Initials: _____ Counselee  _____ Mgt. Official  _____ Union Rep.

NHH Counselee's Rep.    MCT Mgt. Official Rep.

Page ___1___ of ___3___

104

Date: 12/3/2002
Mediator Case No.: A. CMA-1087-011
USPS EEO Case No.: 1K20I0004-03
District: Capitol Metro

5) Management affirms that there will be no retaliation against Mr. Harper for the filing of this EEO complaint. However, it is understood that Mr. Harper, just as any other employee, could be subject to discipline for future events. At the same time, management agrees that it will not single out or target Mr. Harper for discipline due to this EEO.

6) Management agrees to continue treating employees fairly. In the event that Mr. Harper believes that management is not treating him fairly, he will bring it to their attention directly.

7) Mr. Harper seeks only to resolve the first EEO, 1K20I0004-03, at this meeting and the parties understand his choice. This number is for the first EEO filed October 2, 2002.

Initials: _____ Counselee          _____ Mgt. Official          _____ Union Rep.

_____ MnM Counselee's Rep.          _____ MCS. Mgt. Official Rep.

105

Page   2   of   3

Date: 12/3/2002
Mediator Case No.: 73-CMA-1037-011
USPS EEO Case No.: 1K-20B-0004-03 cap'y
District: Capital Metro

This agreement constitutes a full and final settlement of all issues arising out of the subject matter of the following EEO complaint numbers and by signing this agreement the counselee withdraws any and all pending EEO complaints and appeals relative to the subject matter of these complaints:

Management agrees to the contents of this resolution solely in an effort to resolve the counselee's allegation(s), and this agreement should not be construed as an admission of discrimination or wrongdoing on the part of any official of the U.S. Postal Service.

Unless otherwise agreed above, the complainant waives all rights to attorney's fees or costs related to the EEO complaints resolved by this agreement.

**If there are related grievances (beyond Step 1) which the parties would like to withdraw, an authorized union official must sign below.** The counselee wishes to withdraw the following grievances:

If the terms of this agreement are determined to violate a provision of the applicable collective bargaining agreement, this agreement will be null and void. In the event that this agreement becomes null and void, the complainant will be allowed to either renegotiate the terms of this agreement to be in compliance with the llective bargaining agreement OR to reinstate his or her complaint.

Everyone signing this document does so fully and without coercion.

The parties understand that the terms of this agreement are protected by the Privacy Act (5 U.S.C. § 570 and following) and agree to keep the terms of this agreement confidential except as otherwise required by law and as necessary to carry out the terms of the agreement or resolve disputes over compliance of this agreement.

_Lydia Henry_                                    12/3/02
Signature of Mgt. Official                       Date

_Arthur C. Jack_  12/3/02                        12/3/02
Signature of Mgt. Official Rep. (if any)          Date

_James M. Glover_                                 12/3/02
Signature of Counselee                           Date

_Ty Henry_                                        12/3/02
Signature of Counselee's Rep. (if any)           Date

_____                          _____
Signature of Union Official for the Union        Date
(only if grievances are being withdrawn)

Page  3  of  3

106

Settlement Form
Revised 11/9

REDRESS TASK FORCE


**UNITED STATES**
**POSTAL SERVICE**

### AGREEMENT TO MEDIATE

Case Name:  **JAMES HARPER**
        **RAY ROBINSON**

1K201 0004-03
**Case No.** ~~1K2030002-03~~

1. The parties agree to try to resolve this case through mediation.   The parties understand that settlement during mediation is entirely voluntary.

2. The parties understand that the mediator has no power to decide who wins or loses this case and will not express an opinion on who is right or wrong.  Rather, the mediator is going to try to help the parties reach their own resolution of this case by facilitating the discussion.

3. The parties understand that the mediator is not going to act as an advocate or attorney for any participant and that each party has the right to have a representative during mediation.

4. The parties understand that the purpose of mediation is to explore whether the parties can reach a resolution, not to gather information for a hearing or trial.  The parties agree not to subpoena the mediator or any observer to testify about what was said in mediation.

5. The mediator and all observers agree not to voluntarily testify on behalf of any party and will not report anything said during this mediation UNLESS one of the participants makes a genuine threat of physical harm, reports criminal activity occurring on postal property, reports fraud or abuse of postal property or suspected child or elder abuse.

6. The mediation session will not be recorded by anyone (either video or audio) and no transcript of the session will be produced.

7. The parties understand that any documents prepared for or during mediation (such as case summaries presented to the mediator or notes taken during mediation) are for settlement purposes only and may not be subpoenaed for, or used in, a hearing or trial.  Documents that existed before mediation, such as PS Form 3971s or Official Personnel Files, are NOT shielded from later use or disclosure just because they were discussed or used at mediation.

8. The parties understand that no participant will be bound by anything said or done in mediation unless and until there is a written settlement agreement.

_____        _____
PARTY- JAMES HARPER                PARTY- MELVIN TUCKER

_____        _____
PARTY- RAY ROBINSON                PARTY- FAYE HEMERYU

_____        _____
MEDIATOR- ALICE JAYGRANT            OBSERVER-

107