# Exhibit 4

23 SEPT 2003

I JAMES A. HARPER ON 23 SEPT 2003 REQUEST EEO COUNSELING.





Exhibit 6
1 of 4

**U.S. Postal Service**
**Information for Pre-Complaint Counseling**

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) | | Case No. | |

On _____ , you requested an appointment with a Dispute Resolution Specialist.
        Month, Day, Year

Important. Please Read. You should complete this form and return it to the EEO office within 10 calendar days of receipt. This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **HARPER JAMES A**
Social Security No.: **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**
Home Telephone No.: **(301) 203-7006**

Your Mailing Address: **16000 DUSTY LANE ACCOKEEK M.D. 20607-9516**

Name of Postal Facility Where You Work: **WASH. D.C. (GAITHERSBURG - SUBURBAN)**
Office Telephone No.: ( )

Address of Postal Facility: 
Email Address:

Employment Status (Check One): ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career
Position Title: **MAIL PROCESSOR**
Grade Level: **5/0**

Pay Location: **195**
Tour: **ONE**
Duty Hours: **10:30pm - 0700 AM**
Off Days: **SAT - SUN**
Time in Current Position: **15 Years 6 Months**

Your Supervisor's Name: **MR. CONWIE _____**
Supervisor's Title: _____ Supervisor
Supervisor's Telephone No.: ( )

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging?

US POSTAL SERVICE DISCRIMINATED AGAINST MY MENTAL DISABILITY. THEY IMPROPERLY USED THEIR POSITION AS SUPERVISORS AND MANAGERS TO CAUSE ME UNDUE HARM AND HARASSMENT WHICH CAUSE MY CONDITION I AM FILING DISPARITY OF TREATMENT AND ACTS OF REPRISAL FOR FILING AN INJURY CLAIM FOR KNOWN HEALTH _____

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____ , I engaged in EEO activity. Case No.: _____
       Month, Day, Year
2. On _____ , I engaged in EEO activity. Case No.: _____
       Month, Day, Year

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling _____

On **JULY 26, 2003 AUG 19, 2003**
     Month, Day     Year

US POSTAL MANAGEMENT CAUSE ME GREAT HARM BY TAKING ACTION AGAINST ME AND TREATING ME. WASHINGTON D.C. POSTAL SUPERVISORS AND MANAGERS STATION AT SUBURBAN MD. POST OFFICE TARGETED ME WITH VERBAL THREATS, LETTER OF WARNINGS, 7 DAYS SUSPENSIONS, AND HARASSMENT THAT CAUSE MY MENTAL HEALTH TO DECLINE.
                                                                Exhibit 6
                                                                  2004
★ Aug 19 2003 I CALLED IN TO THE WASH D.C. ATM. MY MENTAL AND PHYSICAL HEALTH ENABLE ME TO RETURN TO WORK ON 21 AUG 2003

PS Form 2564-A, March 2001 (Page 1 of 3)

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. **D.C. EMPLOYEES AT SUBURBAN** (Name of Employee)    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

    was treated differently than I when: THEY WAS NOT GIVEN 7 DAYS SUSPENSION LETTERS OF WARNINGS, THREATS AND HARASSMENT FOR FAILURE TO FOLLOW INSTRUCTIONS AND HAD THE RECINDED FOR NOT HAVING FOLLOWING PROPER POCEDURES

2. _____ (Name of Employee)    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
    was treated differently than I when:

3. _____ (Name of Employee)    Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
    was treated differently than I when:

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

1. Name: [redacted]
   a. Office: WASH D.C. (GAITHERSBURG MD)
   b. Title: ADMINISTRATIVE SUPERVISER
   d. Grade Level:

2. Name: [redacted]
   a. Office: WASH. DC (GAITHERSBURG MD)
   b. Title: ACTING MANAGER
   d. Grade Level:

Retaliation Allegations Only: Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☒ Yes  ☐ No   If yes, explain how the official(s) became aware:
POSTAL MANAGEMENT WAS NOTIFIED ABOUT THE EEO BY THE EEO OFFICE

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

1. TO BE REMOVED FROM UNDER MY CURRENT MANAGEMENT
2. TO BE GIVEN ANY TRAINING NEEDED TO WORK IN ANOTHER AREA
3. TO KEEP MY FULL-TIME CAREER STATUS.

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?  ☒ No  ☐ Yes  If yes, _____ (Date) _____ (Current Step)
2. Filed an MSPB appeal on this issue?  ☒ No  ☐ Yes  If yes, _____ (Date Appeal Filed)

Exhibit 6
2 of 4

PS Form 2564-A, March 2001 Page 2 of 3

CON'T [C.]

I WENT TO MY DOCTOR. MY DOCTOR EXAMINE MY AND SAID THAT MY CONDITION WAS CAUSE BY THE TREATMENT I RECIEVE AT WORK. HE TOLD ME THAT I COULD NOT RETURNED TO WORK. THE STATEMENT ABOVE ARE REASON THAT LEAD TO MY DISABILTY. ENCLOSED ARE DOCUMENTS THAT SUPPORT MY CLAIM LEADING TO AUG 19, 2003

CON'T [E.]

~~MELVIN TUCKER~~  ~~ACTING SENIOR MANAGER~~
WASH. D.C (GAITHERSBURG)

~~FRANK HEMBRY~~  ACT~~ING SUPERVISOR~~
WASH. D.C (GAITHERSBURG)

CON'T [E.]

4. TO BE ISSUE ALL LEAVE USED SINCE AUG 19, 2003 BACK TO ME

5. TO BE PLACE ON ADMINSTRATIVE LEAVE SINCE AUG 19 2003.

Exhibit 6
4 of 4