# Exhibit 5



**UNITED STATES POSTAL SERVICE**

**EEO Complaint of Discrimination in the Postal Service**
(See Instructions and Privacy Act Statement on Reverse)

| # | Field | Value |
|---|---|---|
| 1 | Name | James A. Harper |
| 2 | SSN | 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 |
| 3 | Case No. | 1K-201-0303-0? |
| 4a | Mailing Address | 16000 Dusty Lane |
| 4b | City, State and ZIP+4 | Accokeek MD 20607-9516 |
| 5 | Email Address | |
| 6 | Home Phone | (240) 210-6929 |
| 7 | Work Phone | |
| 8 | Position Title | Mail Processor |
| 9 | Grade Level | 5-0 |
| 10 | Veteran's Preference | ☒ Yes ☐ No |
| 11 | Installation Where Discrimination Occurred | Suburban Post Office P&DC, 10501 Shady Grove Rd, Gaithersburg MD 20898 |
| 12 | Name & Title of Person(s) Who Took Action | Sr. Manager N. Gramblin, Manager M. Tucker, Act/Manager E. Vick, Supervisor C. Brown, P. Lee, F. Hembry |
| 13a | Designated Representative | Ms. Helen Lewis |
| 13b | Title | Clerk Craft Director |
| 13c | Mailing Address | 2645 Douglass Rd S.E. #201 |
| 13d | City, State and ZIP+4 | Washington D.C. 20020-6522 |
| 13e | Email | |
| 13f | Home Phone | (202) 812-7795 |
| 13g | Work Phone | |

**14. Type of Discrimination You Are Alleging**
☐ Race ☐ Color ☐ Religion ☐ National Origin ☐ Sex ☐ Age (40+) ☒ Retaliation (Specify Prior EEO Activity) ☐ Disability

**15. Date on Which Alleged Act(s) of Discrimination Took Place:** 19 Aug 2003

**16. Explain the specific action(s) or situation(s)...**

US Postal management cause me great harm by unfairly taking action against me and their disparity of treatment of me. Washington D.C. postal supervisor targeted me with verbal threats, letters of warnings, 7 days suspensions and harassment that cause my mental health to decline.

**17. What Remedy Are You Seeking to Resolve this Complaint?**

(1) To be removed from under my current management. (2) To be given any training needed to work in another area/fac. and to keep my full time status. (3) To have all my medical bills paid in full. (4) To be compensated for my pain and suffering.

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?**
☒ Yes (Date you received the Notice of Final Interview): VIA MAIL   ☐ No

Formal Complaint 2 of 2

**19a. Signature of Dispute Resolution Specialist:** Robert Wohleber
**19b. Date:** 12-3-03

**20. Signature of Complainant:** James A. Harper
**21. Date of this Complaint:** 12/12/03

PS Form 2565, March 2001 (Page 1 of 2)