# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES HARPER,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. POTTER,** | : | Civil Action No. 06-00161 (RMC) |
| Postmaster General, | | |
| United States Postal Service, | : | |
| **Defendant** | : | |

...oOo...

### DECLARATION OF TIMOTHY HANEY

I, Timothy Haney, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the District Manager for the Capital Metro District. In October 2002, I was the Plant Manager for the Curseen & Morris Processing and Distribution Center. I was three levels above Mr. James Harper in the chain of command.

2. I have learned that Mr. Harper is alleging that I saw him on October 2, 2002 near the EEO Office at the Southern Maryland Processing and Distribution Center and that I greeted him and asked him how he was doing. I am also aware that Mr. Harper is alleging that he told me at this time that he was having problems with his supervisor, Ms. Hembry, and that I told him I would talk to Mr.

1

W. Darryl Martin, the Senior Manager of Distribution Operations, as well as Mr. Melvin Tucker, Manager of Distribution Operations. I have no recollection of encountering Mr. Harper in Southern Maryland and conversing with him on or about October 2, 2002, and I am certain that I never told Messrs. Martin, Tucker or Ms. Hembry that Mr. Harper had filed an EEO complaint against Ms. Hembry.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

*Timothy C. Haney*
TIMOTHY HANEY
District Manager
USPS Capital Metro District

Executed on this 8th day of August 2006.