IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
JAMES HARPER                       )
                                   )
                Plaintiff,         )
                                   )
      v.                           ) Civil Action No. 06-0161(RMC)
                                   )
JOHN E. POTTER,                    )
Postmaster General,                )
U.S. Postal Service                )
                                   )
                Defendant.         )
_____)
```

**ORDER**

This matter comes before the Court on Defendant's Motion for Summary Judgment. Upon consideration of the Motion, the relevant law, and the entire record herein it is hereby this ____ day of _____, 2006,

ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED, and it is further,

ORDERED that summary judgment be entered in favor of Defendant pursuant to Federal Rule of Civil Procedure 56. This is a final, appealable Order.

_____
United States District Judge