# EEO INVESTIGATIVE REPORT
# INTO THE DISCRIMINATION COMPLAINT OF

## JAMES A. HARPER
## 1K-201-0004-03

| | |
|---|---|
| Formal Complaint Filed On: | December 30, 2002 |
| Facility: | Washington DC P & DC |
| District: | Capital |
| EEO Complaints Investigator: | Vivian E. Hampton |

## NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO Complaint File is RESTRICTED by both the Freedom of Information Act and the Privacy Act to:
(1) the COMPLAINANT (and his or her representative) and
(2) GOVERNMENT OFFICIAL who must have access to the files to discharge their OFFICIAL DUTIES. The file and its contents must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C.522a(i).

Q14. The Complainant testified that the cited employees did not receive a 7-day suspension. Were you the cited employees supervisor? *(Please explain either refuting or concurring with the Complainant.)*

Kim Cusar, El Amin, Pratricia Young, Rene Nichols, K. Roberts, L. Banks, N. Wheeler-Jenkins, C. Bone (or Bowe), T. Medes.

A14. Yes. There was no need to issue any of these employees disciplinary action because there was not an issue regarding their work performan

Q15. The Complainant provided a copy of a CA-1 filed on October 17, 2002, in reference to an incident on October 4, 2002. Explain the status of that claim and provide any/all documentation relevant to this incident.

A15. The Safety office and Labor would have knowledge of the status of this claim.

Q16. Was a grievance filed when on October 4, 2002, the Complainant was issued a 7-day suspension for Failure to Follow Official Instructions?? If yes, explain what is the status of the grievance and provide a copy of all documents in support of the grievance.

A16. The grievance was rescinded due to the previous action taken by Mr. Harper.

Q17. Do you have any additional relevant information concerning James Harper's claim of discrimination based retaliation (prior EEO activity), when on October 4, 2002, he was issued a 7-Day Suspension for Failure to Follow Official Instructions?

A17. Mr. Harper has an issue with my supervision because I am an acting-204 B Supervisor, my approach to the job is direct and my expectation of the employees who work under my supervision is straight forward. I expect all employees to come to work fully prepared to do just that. Mr. Harper, in my opinion, wants special treatment because he is a spokesperson for Brentwood Exposed.

**I declare under penalty of perjury that the foregoing is true and correct.**

Affiant's Signature: Alyda Hembry

Date Signed: 7/12/03

PS Form 2568-B, March 2001

AFFIDAVIT NO. B

| U.S. Postal Service | Case No. |
|---|---|
| **Certification** | 1K-201-0004-03 |

I have read the foregoing attached statement, consisting of __8__ pages, and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states:

"Whoever, in any manner within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, ficticious or fraudulent statements or representation, or makes or uses any false writing or document knowing the same to contain any false, ficticious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years, or both."

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### USPS Standards of Conduct

Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

### Oath / Affirmation

Subscribed and (sworn) (affirmed) before me on this __19__ day of __July__, 2003.

*(Affiant, sign in the presence of an EEO Complainants Investigator.)*

| Signature of EEO Complaints Investigator | Signature of Affiant |
|---|---|
| | |

### Declaration

I declare, under penalty of perjury, that the foregoing is true and correct.

*(Affiant, sign and date if attached statement was not completed in the presence of an EEO Complaints Investigator.)*

| Signature of Affiant | Date Signed |
|---|---|
| Lydia Hembry | July 19, 2003 |

PS Form 2571, March 2001

AFFIDAVIT NO. __B__

Q20. The Complainant testified that on October 2, 2002, as he was exiting the EEO Office at the Southern MD Facility he saw and spoke with Mr. Haney about problems he was having with acting supervisor Hembry. The Complainant states that Mr. Haney said he would have Darryl Martin and Melvin Tucker talk with you. The Complainant believes that they did talk to you and on October 4, 2002, you issued him a 7-day suspension as retaliation for filing an EEO and talking to Mr. Haney. **Please explain either refuting or concurring with the Complainant.**

A20. Manager Tucker nor Daryl Martin spoke with me in regard to Mr. Harper. The only time I spoke with Mr. Harper was during the meeting with Mr. Harper, Mr. Tucker and myself around the week of the 25th of Sept.

Q21. Did Mr. Haney speak with concerning the Complainant prior to you issuing him a 7-day suspension for Failure to Follow Official Instructions? If yes, when did Mr. Haney speak with you?

A21. I have no knowledge of Mr. Haney speaking with Mr. Harper before or after I issued Mr. Harper a 7-day suspension.

Q22. Did Darryl Martin speak with concerning the Complainant prior to you issuing him a 7-day suspension for Failure to Follow Official Instructions? If yes, when did Mr. Martin speak with you?

A22. Again, I have no knowledge of any conversation between Daryl Martin & Mr. Harper.

Q23. Did Melvin Tucker speak with concerning the Complainant prior to you issuing him a 7-day suspension for Failure to Follow Official Instructions? If yes, when did Melvin Tucker speak with you?

A23. No.

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| Affiant's Signature<br>Lydia Hembry | Date Signed<br>8/23/03 |

PS Form 2568-B, March 2001

AFFIDAVIT NO. B

GRIEVANCE RESOLUTION

CASE  MHM/223/02

GRIEVANT  HARPER

WE AGREE TO THE FOLLOWING RESOLUTION;

THE NOTICE OF (7) DAY SUSPENSION DATED 10/4/02

WILL BE REMOVED AND RESCINDED FROM RECORDS

IMMEDIATELY FROM THE DATE OF 11/13/02

_____  
APWU REPRESENTATIVE

11/13/02  
DATE

_____  
USPS REPRESENTATIVE

11/13/02  
DATE

EXHIBIT NO. 4

GRIEVANCE RESOLUTION

Harper James
MAM/149/02

On the date of 7/26/02 the grievant was issued a Letter of Warning for work performance

IN ORDER TO RESOLVE THE CASE LISTED ABOVE WE MUTUALLY AGREE TO THE FOLLOWING: The Letter of Warning for work performance dated 7/26/02 will be removed and rescinded from all records immediately and changed to an Official Discussion

_____
APWU REPRESENTATIVE

8/3/02
DATE

_____
USPS REPRESENTATIVE

8/4/02
DATE

EXHIBIT NO. 5

38

| U.S. POSTAL SERVICE | Hazard Control Number |
|---|---|
| **REPORT OF HAZARD, UNSAFE CONDITION OR PRACTICE** | (Assigned by Safety Office) |

## I. Employee's Action

**Area** (Specify Work Location)
FSM #5 SUPERVISOR HEMBRY INSTRUCTED ME TO FILL IT OUT ON MY LUNCH

**Describe Hazard, Unsafe Condition or Practice. Recommended Corrective Action.**

SUPERVISOR HEMBRY AGGRESSIVE MANNER AND ATTITUDE. MS HEMBRY IS HARRASSING ME AND IS CAUSING UNDUE STRESS MAKING MY WORK AREA UNSAFE. I RECOMMEND MS HEMBRY TAKE A ANGER MANAGEMENT COURSE

**Employee Signature:** James A. Stauffer (?)

**Date and Tour:** TOUR 1 / OCT 2002

## II. Supervisor's Action

Recommend or Describe Specific Action Taken to Eliminate the Hazard, Unsafe Condition or Practice. (If Corrective Action Has Been Taken, Indicate the Date of Abatement.)

[blank]

**Supervisor Signature:** [blank]  **Date:** [blank]

## III. Approving Official's Action
*(Check One and Complete)*

| | The Following Corrective Action was Taken to Eliminate the Hazard, Unsafe Condition or Practice (Indicate Date of Abatement): |
|---|---|
| | A Work Order Has Been Submitted to the Manager, Plant Maintenance, to Effect the Following Change: |
| | There Are No Reasonable Grounds to Determine Such a Hazard Exists. This Decision is Based Upon: |

**Approving Signature:** [blank]   **Date:** [blank]   **Date Employee Notified:** [blank]

EXHIBIT NO. 6E

44

## IV. Maintenance Action *(Complete If Necessary)*

| Signature | Date | Date Hazard Abated |

# UNITED STATES POSTAL SERVICE

## Request for or Notification of Absence

| Employee's Name (Last, first, M.I.) | Security No. | Date Submitted | No. of Hours | Scheduled | Un-Scheduled | PP | Year |
|---|---|---|---|---|---|---|---|
| HARPER, JAMES A | 579-..-4838 | 10/17/2002 | 72.00 | | | 21 | 2002 |

| Installation (For P.M leave, show city, state and ZIP code) | N/S Day | Pay Loc. # | D/A Code | From Date | Hour | | | Day | Init. | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 05001 - WASHINGTON P&DC | | 195 | 11-0 | 10/02/2002 | 22:30 | | | | | |

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (If needed) | Thru Date | Hour | | | SAT | | |
|---|---|---|---|---|---|---|---|---|---|
| 07:31 | 22:30 | (202) 291-8322  ☐ No Call | 10/16/2002 | 07:00 | | | SUN | | |

| Type of Absence | Documentation (For official use only) | Revised Schedule for (Date) | Approved in Advance ☐ Yes ☐ No | | | MON | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Annual  12 | ☐ For FMLA Leave (Certification reviewed) | | | | | TUE | | |
| ☐ Carrier 701 Rule | ☐ For COP Leave (CA1 on file) | Begin Work | | | | | | |
| ☐ LWOP (See reverse) | ☐ For Advanced Sick Leave (1221 on file) | | | | | WED | | |
| ☐ Sick (See reverse) 185 | ☐ For Military Leave (Orders reviewed) | Lunch-Out | | | | THU | | |
| ☐ Late | ☐ For Court Leave (Summons reviewed) | | | | | | | |
| ☐ COP | ☐ For Higher Level (1723 on file) | Lunch-In | | | | FRI | | |
| ☐ Other: ISL | ☐ Scheme Training Testing, Qualifying (Memo on file) | End Work | | | | SAT | | |

Remarks (Do not enter medical information)
T IOD: FMLA LEAVE; DOC REQ

Total Hours

| | | | SUN | | |
|---|---|---|---|---|---|
| | | | MON | | |

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

| Employee's Signature and Date | Signature of Person Recording Absence and Date | Signature of Supervisor and Date Notified | | | | TUE | | |
|---|---|---|---|---|---|---|---|---|
| [signed] 10/06/02 | D Berry 10/17/02 | Ellis Q Vick 10/17/02 | | | | WED | | |

| Official Action on Application (Return copy of signed request to employee) | | Signature of Supervisor and Date | | | | x | THU | 8 |
|---|---|---|---|---|---|---|---|---|
| ☐ Approved, not FMLA* | ☐ Approved, FMLA (See Publication 71) | ☒ Approved FMLA, Pending Documentation Noted on Reverse. | | | | x | FRI | 8 |

☐ Disapproved (Give Reason):
☐ Ineligible for FMLA (Estimate eligibility date) Doc W/t-380  10/17/02   ☒ Continued on Reverse

Expected NLT 11/01/02
Refer to ERMS for Addit
Information

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

PS Form 3971, April 2001

During This Absence, I Was Incapacitated for Duty by:

| Leave Types (Information Only) | | | PP | Year |
|---|---|---|---|---|

---



# WFMC
## WALDORF FAMILY MEDICAL CENTER

10 St. Patrick's Drive • Suite 203 • Waldorf, Maryland 20603
Phone (301) 843-0222

## CERTIFICATE TO RETURN TO SCHOOL OR WORK

This member James Harper was seen at WALDORF FAMILY MEDICAL CENTER on 10-7-02

and is able to return to school / work on 10-10-02

Daniele Nunez, M.D. _____ M.D.

EXHIBIT NO. 66

46

Certified # 7001 1140 ᴏ 1922 7285

# EEO Complaint of Discrimination in the Postal Service

**UNITED STATES POSTAL SERVICE**

(See Instructions and Privacy Act Statement on Reverse)

| # | Field | Value |
|---|-------|-------|
| 1. | Name | James A. Harper |
| 2. | SSN | 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 |
| 3. | Case No. | 1K2010004-03 |
| 4a. | Mailing Address (Street or P.O. Box) | 16000 Dusty Lane |
| 4b. | City, State and ZIP + 4 | Accokeek MD 20607 |
| 5. | Email Address | |
| 6. | Home Phone | (301) 292-8256 |
| 7. | Work Phone | (301) 499-7323 |
| 8. | Position Title (USPS Employees Only) | Mail Processor |
| 9. | Grade Level (USPS Employees Only) | 5H |
| 10. | Do You Have Veteran's Preference Eligibility? | ☒ Yes ☐ No |
| 11. | Installation Where You Believe Discrimination Occurred | Suburban MD P&DC, 16501 Shady Grove Rd, Gaithersburg MD |
| 12. | Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory | Mr. M. Tucker, Ms. E Vick, Mr. C Brown, Ms. F Hembry |
| 13a. | Name of Your Designated Representative | Ms. Helen Lewis |
| 13b. | Title | |
| 13c. | Mailing Address | |
| 13d. | City, State and ZIP + 4 | |
| 13e. | Email Address | |
| 13f. | Home Phone | ( ) |
| 13g. | Work Phone | ( ) |

*Providing this information will authorize the Postal Service to send important documents electronically.

**14. Type of Discrimination You Are Alleging**
- ☐ Race (Specify):
- ☐ Color (Specify):
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☐ Sex (Specify):
- ☐ Age (40+) (Specify):
- ☒ Retaliation (Specify Prior EEO Activity):
- ☐ Disability (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

Oct 4, 2002

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)

As I explained before, on Oct 2, 2002 I filed an EEO for harrassment against Ms. Hembry. After leaving the EEO office I talked to Mr. Haney about my problems I had with Ms Hembry. On Oct 4, 2002 Ms Hembry gave me a 7 day suspenion based on a letter of warning that was rescided. (See attachment)

**17. What Remedy Are You Seeking to Resolve this Complaint?**

I went out on stress leave because of this harrassment. I request all my sick leave, I also request that my record be totally cleared. I request that all person in acting posetion be returned to thier position and remove from my chain of command.

**18.** Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?

☐ Yes (Date you received the Notice of Final Interview): _____    ☐ No

**19a. Signature of Dispute Resolution Specialist**: Henston Coler

**19b. Date**: 12/13/02

**20. Signature of Complainant or Complainant's Attorney**: James A. Harper

**21. Date of this Complaint**:

PS Form 2565, March 2001 (Page 1 of 2)

ATTACHMENT (1)

Ms Hembry was allowed to do as she pleased by the upper management. I asked Ms. Vick (acting manager) Tour 1 to intervene on 3 different occasion. She did nothing. I ask Mr. Tucker for a meeting to stop this harrassement. We met on Sept 17 2002. Mr. Tucker did nothing. On the 23 Sept 2002 Mr. Tucker had a meeting with the employees on FSM #5. He stated in that meeting that he would do anything he wanted and would violate the union contract. His supervisor under his command believe they could do the same. I believe this is a result from this statement and from his type of management.

13

ATTACHMENT ②

I REQUEST THAT ALL MY MEDICIAL BILLS BE PAID. AT THE TIME MS. HEMBRY HARRASS ME AND I WENT OUT ON STRESS, I HAD TO GO TO THE HOSPITAL. MR TUCKER TOOK ME TO THE HOSPITAL ON OCT 4, 2002 AND LEFT ME, CAUSING FURTHER STRESS UPON ME.

64

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

OCT 02 2002

HO ADLER

**U.S. Postal Service** CAPITOL HEIGHTS, MD 20790-7806

## Information for Pre-Complaint Counseling

| Certified Mail No. | Date Mail | or | Hand Delivered On |
|---|---|---|---|
| By (Initials) HO | Case No. | | |

On **OCTOBER 2, 2002**, you requested an appointment with a Dispute Resolution Specialist.
*Month, Day, Year*

**Important:** Please Read. You should complete this form and return it to the EEO office **within 10 calendar days of receipt**. This the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **HARPER JAMES**
Social Security No.: **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**
Home Telephone No.: **(301) 292 8252**

Your Mailing Address: **16000 DUSTY LANE ACCOKEEK MD 20607-9516**

Name of Postal Facility Where You Work: **GAITHERSBURG P.O.**
Office Telephone No.: ( )

Address of Postal Facility: **16501 SHADY GROVE RD GAITHERSBURG MD**
Email Address:

Employment Status (Check One): ☒ Career
Position Title: **MAIL PROCESSOR**
Grade Level: **5 H**

Pay Location: **195**
Tour: **1**
Duty Hours: **1030 PM 0700 AM**
Off Days: **SAT SUN**
Time in Current Position: **14 Years 7 Months**

Your Supervisor's Name: **MS C BRYANT**
Supervisor's Title: **ADMIN-SUPERVISOR**
Supervisor's Telephone No.: ( )

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.*

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity)*. These categories are referred to on this form as factors.

What Factor(s) of Discrimination Are You Alleging? *(Please be specific, i.e., Race - African American, Sex - Female.)*

**MY SUPERVISOR MS. FAYE HEMBLY IS SEXUALLY DISCRIMINATING AGAINST ME BECAUSE I AM A MAN. I AM TREATED DIFFERENTLY FROM ANY OTHER EMPLOYEE. SHE IS ALWAYS TREATING ME ABOUT MY WORK PERFORMANCE**

For Retaliation Allegations Only: If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity which you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.: _____
2. On _____, I engaged in EEO activity. Case No.: _____

### C. Description of Incident/Activity

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On **SEPT 30**, 20**02**

**SUPERVISOR HEMBLY STATES THAT I DO NOT KEEP MY FEEDER LOADED ON THE FLAT SORTER MACHINE. SHE STATES THAT OTHER EMPLOYEE KEEP THEIR FEEDER LOAD AT ALL TIME. THESE OTHER EMPLOYEES ARE WOMEN**

PS Form 2564-A, March 2001 (Page 1 of 3)

64

### D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _____   _____
   (Name of Employee)          Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: _____

2. _____   _____
   (Name of Employee)          Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: _____

3. _____   _____
   (Name of Employee)          Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)
   was treated differently than I when: _____

### E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name MS. FAYE HEMBRY | b. Title ACTING SUPERVISOR |
| c. Office  WDC PO GAITHERSBURG | d. Grade Level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

*Retaliation Allegations Only:* Was/were the official(s) listed in Section E above aware of your prior EEO activity?
☐ Yes  ☐ No   If yes, explain how the official(s) became aware: _____

### F. Resolution

What are you seeking as a resolution to your pre-complaint?

_____

### G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?   ☐ No  ☑ Yes   If yes, 30 SEPT 2002 _____
                                                              (Date)         (Current Step)

2. Filed an MSPB appeal on this issue?  ☐ No  ☐ Yes  If yes, _____
                                                              (Date Appeal Filed)

PS Form **2564-A**, March 2001 *(Page 2 of 3)*

10

### H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity? [✓] No   [ ] Yes

### I. Representation

You have the right to retain representation of your choice. *(check one)*

[ ] I waive the right to representation at this time.    [ ] I authorize the person listed below to represent me.

Name of Representative: Ray Robinson

Representative's Title:

Organization: APWU Craft Director   WASH DC

Telephone Number: ( )

Email Address*:

Mailing Address *(Street or P.P. Box, City, State and Zip +4)*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

### J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

### K. Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to a expert, consultant or other person under contract with the USPS to fulfil an agency function; to the Federal Records Center for storage; to th Office of Management and Budget for review of private relief legislation to an independent certified public accountant during an official audit o USPS finances; to an investigator, administrative judge or complaint examiner appointed by the Equal Employment Opportunity Commissio for investigation of a formal EEO complaint under 29 CFR 1614; to th Merit Systems Protection Board or Office of Special Counsel fo proceedings or investigations involving personnel practices and othe matters within their jurisdiction; and to a labor organization as required b the National Labor Relations Act. Under the Privacy Act provision, th information requested is voluntary for the complainant, and for Posta Service employees and other witnesses.

### L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling*, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here: JAMES A HARPER

Your Signature: James A Harper

Date signed: 2 OCT 2002

Please return this form to:

    EEO OFFICE
    CAPITAL DISTRICT
    9201 EDGEWORTH DRIVE
    CAPITOL HEIGHTS MD 20790-7606

PS Form 2564-A, March 2001 *(Page 4 of 3)*

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

OCT 02 2002
HB HDeer
CAPITOL HEIGHTS, MD 20790-7606

2 OCT 2002

I James A. Harper Request EEO Counseling As Soon As Possible

Thank you
James A. Harper

# Shady Grove Adventist Hospital Emergency Department
9901 Medical Center Drive, Rockville, MD 20850
(301) 279-6053

## Take-Home Instructions for the Patient

**Patient's Name:** Harper, James A
**Medical Record Number:** 0734193
**Diagnosis:** Chest Pain - unspecified

**Date:** 10/04/2002
**Medical Provider:** McGreivy, Martin (Thai)
**PA-C:**
**Primary Care Provider:** Unassigned,

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only are not intended to be a substitute for or an effort to provide complete medical service. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by the Radiologist.

**Please contact your Primary Care Physician before calling any referral physician.** This is a requirement of most managed care plans and helps to coordinate your overall healthcare.

Referral:
Private, MD - in 3-5 Days

Sofat, MD, Sameer - (240) 876-9488 in 2 Weeks
    9715 Medical Center Drive530, Rockville, MD  20850

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
your nuclear stress test was normal. These symptoms may be due to stress/depression and you should follow up with your regular doctor for this in the next few days. Return immediately for thoughts of harming yourself or others
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

When you call for an appointment, say that you were referred from this Emergency Department.

If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

**PLEASE TAKE THIS WITH YOU WHEN YOU SEE DOCTOR LISTED ABOVE**

Patient: **Harper, James A**          Page 1 of 5          Friday - October 04, 2002 - 11:41

**Shady Grove Adventist Hospital Emergency Department**

93



# Shady Grove Adventist Hospital Emergency Department
9901 Medical Center Drive, Rockville, MD 20850
(301) 279-6053

## Nonspecific Chest Pain

Your exam has not identified a specific cause for your chest pain. This type of pain, however, is not usually due to serious heart or lung problems. Most often chest pain of this nature is caused by minor injuries, muscle strains, or inflammation of the chest wall tissues.
Get plenty of rest for the next few days and avoid any activity that brings on the pain. Please do not smoke or drink alcohol until all your symptoms are completely better. Please call your doctor for routine follow-up as advised. You must see your doctor or go to the emergency room right away, however, if you have:
- Increased pain, or pain that radiates to the arm, neck, or abdomen.
- Shortness of breath, increasing cough, or coughing up blood.
- Severe weakness, fainting, fever, or chills.
- Severe abdominal pain, nausea, or vomiting.

## Nonspecific Headache

Your exam shows your headache does not have any specific cause. Headaches are caused by many different things including stress, tension, infections, and high blood pressure. Rarely headaches may be due to bleeding and tumors in the brain. Although your headache does not seem to have a serious cause, it is very important that you see your doctor for further evaluation if it is severe or does not get better in 1-2 days.
Headache treatment includes medicines for pain like ibuprofen. Rest, cold or hot packs on painful areas of the head and neck, and massage of the sore muscles may help. Call your doctor or return here right away if you have any of the following symptoms:
- A high fever, chills, or repeated vomiting.
- Passing out, difficulty with vision, unusual numbness or weakness.
- Severe pain despite medicine, confusion, or stiffness in the neck.

## Anxiety And Stress Reactions

Your exam shows that an important part of your present problem is from anxiety and emotional distress. Emotional upsets can cause many different physical symptoms. These include chest or stomach pain, fluttering heartbeat, passing out, breathing difficulty, and headaches. Other symptoms can be trembling, hot or cold flashes, numbness, dizziness, unusual muscle pain or fatigue, and insomnia. When you have other medical problems, your symptoms are often made worse by anxiety and stress. Anxiety causes people to feel upset and fearful.

Patient: **Harper, James A**          Page 2 of 5          Friday - October 04, 2002 - 11:41

**Shady Grove Adventist Hospital Emergency Department**

95

# Shady Grove Adventist Hospital Emergency Department
## 9901 Medical Center Drive, Rockville, MD 20850
### (301) 279-6053

Most people are unaware of the amount of anxiety in their lives and how this affects their health. Finding ways to reduce your stress will reduce your anxiety symptoms and make you feel much better. Getting regular physical exercise such as walking can be very beneficial. Counselling or medicine to treat anxiety or depression may also be needed. Please see your doctor if you have further problems or questions about your condition.

### Depression

Your exam shows that your present problem is related to mental depression. Although depression is very common, it is sometimes hard to recognize. Symptoms of depression may include feeling unhappy or worthless, chronic tiredness, self-destructive thoughts and actions, trouble getting to sleep or sleeping too much. Headaches, anxiety, unexplained physical complaints, and substance abuse are also common.

Depression interferes with your basic ability to function in life. It upsets your relationships as well as your sleeping, eating, and working habits. When you're depressed, you don't have enough energy to solve all your problems. Depression usually gets better with treatment. This can include medication, counselling, and changes in your diet, exercise habits, and drug use. Talking about your problems with close friends or mental health professionals is very helpful. Be sure to arrange for follow-up care as suggested by our staff.