EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington Regional Office

James Harper,  )
              )
    Complainant,  )
              )   EEOC No. 100-2004-00119X
    v.        )
              )   Agency No. 1K-206-0004-03
Jack Potter,  )
              )
    Agency.   )
              )

## DECLARATION OF JAMES A. HARPER

My name is James A. Harper, and I am the Complainant in the above-captioned case and competent to testify to the following based on my personal knowledge.

1. I have been employed as a mail processing clerk since 1988.

2. After the October 2001 discovery of Anthrax at the Brentwood facility, where I worked, I became outspoken about what I perceived to be mismanagement and racism in the response of the Postal Service and the government. I was a spokesperson for "Brentwood Exposed," an association of employees who worked at the Brentwood facility during the time of the Anthrax contamination. I gave multiple interviews and was quoted a number of times in television and newspaper reports. I frequently noted Brentwood workers were predominantly black, and that the response to Anthrax concerns on Capitol Hill, where a larger group of white people were potentially exposed, was faster and more thorough.

3. In October 2002 I was employed by the United States Postal Service. My supervisor at the time was Lydia Faye Hembry.

4. Ms. Hembry has had a history of harassing me. I believe this was in part because of my participation in Brentwood Exposed, and in part because of my gender.

5. On or around September 23, 2002, I attended a meeting to discuss my relationship with Ms. Hembry. Besides myself there were three other people present: Ms. Hembry, Acting Senior Manager of Distribution Operations Melvin Tucker, and Acting Manager of Distribution Operations Ella Vick.

6. At the meeting I stated my intention to file an EEO complaint concerning the harassment I was suffering from Ms. Hembry. At that point Mr. Tucker ended the meeting by opening the door and stating that any issues would be resolved through the EEO process.

7. On October 1, 2002, I was filing out a Form 1767, which is a form used to report an unsafe practice or condition. I have frequently been told that the Postal Service follows the motto "safety first," and I did not believe that I was doing anything wrong by taking the time to complete a USPS form for the purpose of reporting an unsafe condition.

8. Ms. Hembry told me that I would need to fill out the form during my break time and that I should return to work. I told her that I would do as she instructed, but would note on the form that she had not allowed me to fill out the form during my work time. I promptly returned to work.

9. On October 2, 2002, I entered pre-complaint EEO counseling.

10. On October 4, 2002, Ms. Hembry issued me a seven-day suspension, which stated that it was based on the October 1 discussion and a Letter of Warning from July 26, 2002. The July 26 Letter had been rescinded through the union grievance process in August 2002. The seven-day suspension was later rescinded as well.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. This document was executed on June 21, 2004.

_____
James A. Harper