IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JAMES HARPER                        )
                                    )
            Plaintiff,              )
                                    )
    v.                              ) Civil Action No. 06-0161(RMC)
                                    )
JOHN E. POTTER,                     )
Postmaster General,                 )
U.S. Postal Service                 )
                                    )
            Defendant.              )
_____ )

### CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a two day enlargement of time to file a reply up to and including September 13, 2006.

Counsel for the defendant fully anticipated being able to comply with the existing deadline of September 13, 2006. However, a Motion for Preliminary Injunction was filed in <u>Farris v. Rice</u>, Civil Action No. 05-1975.  An expedited briefing schedule was set and defendant's opposition is due by 5:00 p.m., September 13, 2006.  Despite counsel's best efforts over the weekend to complete the opposition in <u>Farris</u>, she was unable to do so.  Consequently, counsel will be unable to complete the reply in this case until Friday, September 15, 2006.

Counsel for the plaintiff consents to this request. Counsel for defendant apologizes for this short delay, but it should not unduly delay the resolution of the case.

Wherefore, it is respectfully requested that the defendant have up to and including September 15, 2006 to file a reply.

Respectfully Submitted,

___/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205