```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____
                                    )
JAMES HARPER                        )
                                    )
             Plaintiff,             )
                                    )
    v.                              )Civil Action No. 06-0161(RMC)
                                    )
JOHN E. POTTER,                     )
Postmaster General,                 )
U.S. Postal Service                 )
                                    )
             Defendant.             )
_____)
```

### NOTICE OF FILING

The defendant notes the filing of the relevant portions of the Collective Bargain Agreement between the American Postal Workers Union, AFL-CIO and the U.S. Postal Service (Exhibit 1) and the Collective Bargaining Agreement between the National Association of Letter Carriers and the United States Postal Service (Exhibit 2) for comparison purposes.

The applicable Collective Bargaining Agreement in Exhibit 1 (American Postal Workers Union, AFL-CIO).

                         Respectfully submitted,

                         \_\_/s/_____
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                         \_\_/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney

                         _____/s/_____
                         DIANE M. SULLIVAN, D. C. BAR # 12765
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C. 20530
                         (202) 514-7205