UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-161 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. #15] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:   October 5, 2006             _____/s/_____
                                   ROSEMARY M. COLLYER
                                   United States District Judge